**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| WILLIAM A. RUSHWORTH, SR., Individually and in his capacity as Administrator of the Estate of TODD BRIAN RUSHWORTH<br>Plaintiff, | ) | C.A. No. CA 06 369 ML |
| v. | ) | |
| Salah & Pecci Leasing Company, Inc. SALAH & PECCI a/k/a JOHN DOE CORP.<br>Defendant. | ) | |

**ENTRY OF APPEARANCE**

Brooks Magratten and Michael J. Daly hereby enter their appearances on behalf of defendant Salah & Pecci Leasing Co., Inc. in the above-captioned matter.

Pursuant to LR Gen 206(c)(1), Michael Daly may be designated as attorney to receive notices sent to any attorneys at Vetter & White in the above-captioned matter.

Salah & Pecci Leasing Co., Inc. files herewith a motion to admit Jeffrey S. Follett, Esq. pro hac vice in the above-captioned matter. Subject to the Court's granting of said motion, Attorney Follet shall be designated lead counsel pursuant to LR Gen 206(d).

Respectfully submitted,

Brooks R. Magratten, Esq., #3583
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [FAX]
bmagratten@vetterandwhite.com
mdaly@vetterandwhite.com

Dated: August 15, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15 day of August 2006 I had mailed by U.S. Mail, first class, postage prepaid, a true copy of the within Entry of Appearance to:

Carol A. Zangari, Esq.
Attorney for Plaintiff
The Wilcox Building
42 Weybosset, St., Suite 402
Providence, RI 02903