**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| WILLIAM A. RUSHWORTH, SR., Individually and in his capacity as Administrator of the Estate of TODD BRIAN RUSHWORTH<br>Plaintiff, | ) | C.A. No. |
| v. | ) | CA 06 369 T |
| Salah & Pecci Leasing Company, Inc. SALAH & PECCI a/k/a JOHN DOE CORP.<br>Defendant. | ) | |

**RULE 7.1 STATEMENT OF DEFENDANT**

Pursuant to Fed. R. Civ. P. 7.1, defendant Salah & Pecci Leasing Company, Inc., a private non-governmental corporation, states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

This statement is filed in duplicate as required by Rule 7.1.

Respectfully submitted,

[signature]

Brooks R. Magratten, Esq., #3583
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [FAX]
bmagratten@vetterandwhite.com
mdaly@vetterandwhite.com

Dated: August 15, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15 day of August 2006 I had mailed by U.S. Mail, first class, postage prepaid, a true copy of the within Rule 7.1 Statement of Defendant to:

Carol A. Zangari, Esq.
Attorney for Plaintiff
The Wilcox Building
42 Weybosset, St., Suite 402
Providence, RI 02903