**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| WILLIAM A. RUSHWORTH, SR., Individually and in his capacity as Administrator of the Estate of TODD BRIAN RUSHWORTH, Plaintiff, | ) | C.A. No. CA 06 369 T |
| v. | ) | |
| Salah & Pecci Leasing Company, Inc. SALAH & PECCI a/k/a JOHN DOE CORP. Defendant. | ) | |

## NOTICE OF RELATED ACTIONS

Pursuant to LR Cv 9.1, defendant Salah & Pecci Leasing Co., Inc. ("Salah") hereby notifies the Court of the following related actions:

1) Rushworth v. Manitowoc Engineering Co. The Manitowoc Co., Inc., pending in the United States District Court, District of Rhode Island, C.A. No. 06-364/T. In connection with the same events that form the basis of the instant case, plaintiff William Rushworth also asserts wrongful death and infliction of emotional distress claims against Manitowoc Cranes, Inc.[1] The Manitowoc case was removed from Providence County Superior Court to this Court on August 10, 2006.

2) Salah and Pecci Leasing Company, Inc. v. Frenkel & Co., Inc., Fireman's Fund Insurance Company and Metals Recycling, L.L.C., Commonwealth of Massachusetts, Superior Court, Norfolk County, Civil No. NOCV2005-01881-B. Defendant Salah filed an action to recover for damage to a 300 ton crawler crane, which was incurred during the incident that forms the basis of plaintiff William Rushworth's wrongful death and emotional distress claims against

[1] In its notice of removal, Manitowoc Cranes, Inc. states that plaintiff incorrectly identified it as "Manitowoc Engineering Co. The Manitowoc Co., Inc."

Salah in the instant case.

3) Upon information and belief, plaintiff William Rushworth has filed a claim against Metals Recycling, L.L.C. in the Rhode Island Workers Compensation Court to recover workers compensation benefits in connection with the same events that form the basis of the instant case. Salah does not presently know the case number or the status of the Workers Compensation action.

Respectfully submitted,

Brooks R. Magratten, Esq., #3583
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [FAX]
bmagratten@vetterandwhite.com
mdaly@vetterandwhite.com

Dated: August 15, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on the 15 day of August 2006 I had mailed by U.S. Mail, first class, postage prepaid, a true copy of the within Notice of Related Actions to:

Carol A. Zangari, Esq.
Attorney for Plaintiff
The Wilcox Building
42 Weybosset, St., Suite 402
Providence, RI 02903