**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| WILLIAM A. RUSHWORTH, SR., Individually and in his capacity as Administrator of the Estate of TODD BRIAN RUSHWORTH<br>Plaintiff,<br><br>v.<br><br>Salah & Pecci Leasing Company, Inc. SALAH & PECCI a/k/a JOHN DOE CORP.<br>Defendant. | ) | C.A. No.<br>CA 06 369T |

**STIPULATION**

Plaintiff Willaim A. Rushworth and defendant Salah & Pecci Leasing Company, Inc., by and through their undersigned counsel, agree that defendant may have up to and including August 23, 2006 to respond to plaintiff's Complaint.

Carol A. Zangari, Esq., #2130
Attorney for Plaintiff
The Wilcox Building
42 Weybosset, St., Suite 402
Providence, RI 02903
(401) 831-1999 [Tel.]
(401) 454-8309 [FAX]
caz@zangarilaw.com

Brooks R. Magratten, Esq., #3583
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, RI 02903
(401) 421-3060 [Tel.]
(401) 272-6803 [FAX]
bmagratten@vetterandwhite.com
mdaly@vetterandwhite.com

Dated: August 15, 2006

ENTER
Ernest C. Torres
Chief, U.S. District Judge

DATE 8/24/06