**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| WILLIAM A. RUSHWORTH, SR., Individually and in his capacity as Administrator of the Estate of TODD BRIAN RUSHWORTH Plaintiff, | ) | C.A. No. 06-369/T |
| v. | ) | |
| Salah & Pecci Leasing Company, Inc. SALAH & PECCI a/k/a JOHN DOE CORP. Defendant. | ) | |

**NOTICE OF FILING OF STATE COURT RECORD**

Defendant Salah & Pecci Leasing Co., Inc. ("Salah & Pecci") hereby files pursuant to LR Cv 81(b) certified copies of the docket sheet and all documents filed in this case in the Rhode Island Superior Court, Providence County.

Respectfully submitted,

Michael J. Daly

Brooks R. Magratten, Esq., #3583
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [FAX]
bmagratten@vetterandwhite.com
mdaly@vetterandwhite.com

Dated: August 28, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of August 2006 I had mailed by U.S. Mail, first class, postage prepaid, a true copy of the within Notice of Filing of State Court Record to:

Carol A. Zangari, Esq.
Attorney for Plaintiff
The Wilcox Building
42 Weybosset, St., Suite 402
Providence, RI 02903

[signature]