STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

SUPERIOR COURT

CIVIL DOCKET SHEET

Case ID: PC-2006-3054 WILLIAM RUSHWORTH SR V SALAH AND PECCI LEASING CO

Filing Date: 06-07-2006
Case Status: UNASSIGNED

Case Type: PERSONAL INJURY
Status Date: 06-07-2006

Plaintiff: WILLIAM RUSHWORTH
ID: @10844513

Attorney: CAROL ZANGARI

Defendant: SALAH & PECCI LEASING COMPANY INC
ID: @10844514

Scheduled Events

| Date | Event | Location | Judge |
| --- | --- | --- | --- |

Prior Events

| Date | Event | Location | Judge |
| --- | --- | --- | --- |

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
| --- | --- | --- | --- |

Docket Entry Information

| Date | Description | Text |
| --- | --- | --- |
| 06-07-2006 | COMPLAINT FILED | |
| 06-07-2006 | INITIAL FILING FEE | |
| 06-07-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP227907. |
| 07-25-2006 | SUMMONS,PROOF OF SERVICE FILED | FOR THOMAS SALAH. |
| 08-15-2006 | NOTICE | OF FILING NOTICE OF REMOVAL Affiliated: SALAH & PECCI LEASING COMPANY INC |

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island