SALAH & PECCI LEASING CO., INC.
CRAWLER CRANE RENTAL - 50 TO 300 TON

100 Hudson Road, Canton, Mass. 02021-1407
Tel. (781) 828-5210 Fax (781) 828-7601
www.salah-pecci.com

December 5, 2000

Metals Recycling L.L.C.
89 Celia Street
Johnstown, Rhode Island 02919

Attention: Mr. Anthony Izzo

EQUIPMENT PROPOSAL

| | |
|---|---|
| LESSEE: COMPANY ADDRESS: | Metals Recycling, L.L.C.<br>89 Celia Street<br>Johnstown, Rhode Island 02919 |
| BILLING ADDRESS: | Same |
| PHONE: (401) 831-7799 | FAX: (401) 331-9854 |
| PROJECT: | Loading of Ships |
| SITE LOCATION: | Providence, Rhode Island |
| PROPOSED EQUIPMENT: | Manitowoc M-250, S-II with 160' Boom and with High Cab |
| TERM OF RENTAL: | Minimum One Month |
| RENTAL TO COMMENCE: | Middle of December, 2000 |
| RENTAL RATE: | $25,000.00 Per Month<br>$ 7,500.00 Trucking Cost to Site<br>$ 7,500.00 Trucking Cost from Site<br>$ 5,000.00 To Erect High Cab<br>$ 75.00 Per Hour, Erection Supervisor<br>*** Mileage to be Paid by Lessee<br>***All Premium Time to be Paid by Lessee<br>***Assist Machine by Others |

(ALL INVOICE PAYMENTS ARE DUE WITHIN 30 DAYS OF INVOICE DATE, OTHERWISE AN INTEREST CHARGE OF 1 ½ % PER MONTH WILL BE CHARGED.)

THIS PROPOSAL IS SUBJECT TO AVAILABILITY AND VALID FOR 15 DAYS, IT CONTAINS TWO PAGES.

p. 1
Exhibit
A

SALAH & PECCI LEASING CO., INC.
CRAWLER CRANE RENTAL - 50 TO 300 TON

100 Hudson Road, Canton, Mass. 02021-1407
Tel. (781) 828-8210 Fax (781) 828-7601
www.salah-pecci.com

December 5, 2000
Metals Recycling LLC M-250

RENTAL CLARIFICATIONS:

INSURANCE: INSURANCES INCLUDING: A. WORKMENS COMPENSATION B. EMPLOYERS LIABILITY COMPREHENSIVE GENERAL LIABILITY WITH SALAH & PECCI NAMED AS AN ADDITIONAL INSURED. ALL RISK CONTRACTORS EQUIPMENT INCLUDING COLLAPSE AND OVERLOAD INSURANCE SHALL BE PROVIDED BY THE LESSEE, PLEASE FORWARD CERTIFICATE: $2,000,000.00

TAXES: ALL TAXES, DUTYS AND TARIFFS ARE THE RESPONSIBILITY OF THE LESSEE AND ARE NOT INCLUDED IN THE RATES INDICATED. (or 176 hours for a 1 mon on lease)

OPERATION: RATE INDICATED IS BASED ON AN ABSOLUTE BARE RENTAL ONLY.

OVERTIME: RATE INDICATED IS BASED UPON USE OF 40 HOURS PER WEEK OPERATION. OVERTIME RATE WILL BE CHARGED AT ONE-HALF THE PRO-RATED RATE.

OTHER: LESSEE AGREES TO MAINTAIN EQUIPMENT IN A MANNER SATISFACTORY TO LESSOR. THE LESSOR WILL HAVE THE OPTION TO REMOVE SAID EQUIPMENT FROM SITE IF THIS REQUIREMENT IS NOT MET.

LESSOR ASSUMES NO LIABILITY FOR LOSS OF DOWNTIME OR DAMAGES ON ACCOUNT OF ACCIDENTS, DELAYS DUE TO DEFECTIVE MATERIAL, MOTOR OR ENGINE TROUBLES, OR DELAYS IN THE DELIVERY OR REMOVAL OF EQUIPMENT. LESSEE TO INDEMNIFY LESSOR FOR ALL LOSSES, DAMAGES, EXPENSES AND PENALTIES ARISING FROM ANY ACTION ON ACCOUNT OF PERSONAL INJURY OR DAMAGE TO PROPERTY OCCASIONED BY THE OPERATION, HANDLING OR ON SITE TRANSPORTATION [redacted] DURING THE RENTAL PERIOD AND THAT THE LESSOR SHALL BE SAVED HARMLESS FROM ALL COURT ACTIONS AND ALL CLAIMS FOR INJURIES TO PERSONS OR PROPERTY OCCASIONED THROUGH THE USE OF THIS EQUIPMENT WHILE IN YOUR POSSESSION.

LESSEE SHALL KEEP WRITTEN MAINTENANCE INFORMATION FOR LESSORS EQUIPMENT RECORDS.

VERY TRULY YOURS
SALAH & PECCI LEASING CO., INC.

[signature] 12/7/00

SIGNATURE OF ACCEPTANCE DATE

p.2
Exhibit
A