**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| WILLIAM A. RUSHWORTH, SR.,<br>Individually and in his capacity as<br>Administrator of the Estate of TODD<br>BRIAN RUSHWORTH<br>Plaintiff,<br><br>v.<br><br>Salah & Pecci Leasing Company, Inc.<br>SALAH & PECCI a/k/a<br>JOHN DOE CORP.<br>Defendant<br><br>v.<br><br>METALS RECYCLING, LLC, et al.<br>Third-party defendants | ) | C.A. No. 06-0369/T |

**STIPULATION**

Defendant and Third-party plaintiff Salah & Pecci Leasing Co., Inc. and third-party defendant Manitowoc Cranes, Inc. agree that service of the third-party complaint has been effected on Manitowoc Cranes, Inc. by hand-delivery of the same on its counsel of record on this 4th day of October, 2006.

Brooks R. Magratten, Esq., #3583
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Defendant
Salah & Pecci Leasing Co.
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [FAX]
bmagratten@vetterandwhite.com
mdaly@vetterandwhite.com

John F. Kelleher, Esq. # 3854
Higgins Cavanagh & Cooney, LLP
Attorneys for Defendant
Manitowoc Cranes, Inc.
The Hay Building, 4th Floor
123 Dyer Street
Providence, RI 02903
(401) 272-3500
(401) 273-8780 [FAX]

Jeffrey S. Follet, Esq.
Jessica V. Barnett, Esq.
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000
(617) 832-7000 [FAX]

Dated: October 5, 2006

CERTIFICATE OF SERVICE

To:

Carol A. Zangari, Esq.
Attorney for Plaintiff
The Wilcox Building
42 Weybosset, St., Suite 402
Providence, RI 02903

I hereby certify that I electronically filed this STIPULATION on October 5th, 2006. The STIPULATION is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record has been effectuated by electronic means.

/s/ Brooks Magratten