UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM A. RUSHWORTH, SR., Individually and in his capacity as Administrator of the Estate of TODD BRIAN RUSHWORTH, Plaintiff | : | |
| VS. | : | C.A. NO. 06-0369T |
| Salah & Pecci Leasing Company, Inc. SALAH & PECCI, a/k/a JOHN DOE CORP., Defendant | : | |
| VS. | : | |
| METALS RECYCLING, LLC, et al MANITOWOC CRANES, INC.; INTERNATIONAL ONGSHOREMEN'S ASSOCIATION, LOCAL #1329; JOHN LOPES, in his capacity as President Of Local #1329; HORACE CASTLE, in his capacity as Secretary-Treasurer of Local #1329; and JOHN DOES 1-5, Third-party defendants | : | |

**ENTRY OF APPEARANCE**

John F. Kelleher, Esquire hereby enters his appearance on behalf of third-party Defendant, Manitowoc Cranes, Inc. in connection with the above-captioned matter.

Third-party Defendant,
MANITOWOC CRANES, INC.
By its attorneys,
HIGGINS, CAVANAGH & COONEY, LLP
/s/ John F. Kelleher
John F. Kelleher, Esquire, #3854
123 Dyer Street
Providence, RI 02903
(401) 272-3500
jkelleher@hcc-law.com

**CERTIFICATION**

I, John F. Kelleher, hereby certify that the within document was electronically filed on October 24, 2006. I further certify that a true copy of the within was sent by electronic means (ECF) to Brooks Magratten, Esq. at bmagratten@vetterandwhite.com as well as by first class mail to his address of record, VETTER & WHITE, INC., 20 Washington Place, Providence, RI, 02903; by first class mail to Jeffrey S. Follet and Jessica V. Barnett of FOLEY HOAG LLP, Seaport World Trade Center West, 155 Seaport Boulevard, Boston, MA, 02210, and by electronic means (ECF) to Carol A. Zangari, Esquire at caz@zangarilaw.com as well as by first class mail to her address of record, 42 Weybosset Street, Suite 402, Providence, RI, 02903 on this 27th day of October, 2006.

/s/ John F. Kelleher