UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

WILLIAM A. RUSHWORTH, SR.,
Individually and in his capacity as
Administrator of the Estate of
TODD BRIAN RUSHWORTH
*Plaintiff*

C. A. NO. 06-369T

VS.

Salah & Pecci Leasing Company, Inc.,
SALAH & PECCI a/k/a
JOHN DOE CORP.
*Defendant and Third-Party Plaintiff*

VS.

METALS RECYCLING, LLC; MANTOWOC
CRANES, INC., INTERNATIONAL
LONGSHOREMEN'S ASSOCIATION, LOCAL
#1329, JOHN LOPES, in his capacity as
President of Local #1329, HORACE CASTLE,
In his capacity as Secretary-Treasurer of
Local #1329, and JOHN DOES 1-5,
*Third-Party Defendants*

ENTRY OF APPEARANCE

Robert J. Quigley, Jr. hereby enters his appearance as counsel on behalf of third-party defendant Metals Recycling, LLC.

Robert J. Quigley, Esquire #2483
95 Chestnut Street, 6th Floor
Providence, RI 02903
(401) 490-2650

CERTIFICATION

I hereby certify that the above-captioned Entry of Appearance was forwarded, via first-class mail, to **Brooks R. Magratten, Esquire, Vetter & White, Inc., 20 Washington Place, Providence, RI 02903**, **Jeffrey S. Follet, Esquire and Jessica V. Barnett, Esquire, Foley Hoag LLP, Seaport World Trade Center West, 155 Seaport Boulevard, Boston, MA 02210,** and to **Carol A. Zangari, Esquire, 42 Weybosset Street, Suite 402, Providence, RI, 02903,** on this 1 day of November ____________, 2006:

[signature]