MPD:fm 06-332

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

WILLIAM RUSHWORTH, SR., ET AL

VS C.A. NO. 06-369 T

SALAH & PECCI LEASING COMPANY

VS

METALS RECYCLING, LLC, ET AL

**ENTRY OF APPEARANCE**

I, Mark P. Dolan, Esquire, of RICE DOLAN & KERSHAW hereby enter my appearance as counsel on behalf of Third-Party Defendant Metals Recycling, LLC in the above matter.

/s/ Mark Dolan_________________
Mark P. Dolan, Esq. #3280
Rice Dolan & Kershaw
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800

DATED: November 21, 2006

TO: Brooks R. Magratten, Esq., and Michael J. Daly, Esq., Vetter & White, 20 Washington Place, Providence, RI 02903
Carol A. Zangari, Esq., The Wilcox Building, 42 Weybosset Street, Suite 402, Providence, RI 02903
Robert J. Quigley, Esq., McKenney, Quigley, Izzo & Clarkin, LLP, 95 Chestnut Street, Providence, RI 02903
Brandon Bigelow, Esq., Bingham McCutcheon, LLP, 150 Federal Street, Boston, MA 02110

Copy to counsel of record, as above, on November 21, 2006.

/s/ Mark Dolan,______________________