AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

PLAINTIFF

William Rushworth, Sr., et al

V. DEFENDANT AND THIRD PARTY PLAINTIFF

Salah & Pecci Leasing Company

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 06-369T

V. THIRD PARTY DEFENDANT

Metals Recycling, LLC, et als.

To: Name and address of Third Party Defendant

Metals Recycling, L.L.C.
89 Celia Street
Johnston, RI 02919

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Michael J. Daly, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

an answer to the third-party complaint which is herewith served upon you within 20 days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

CLERK

10-30-06

DATE

(By) DEPUTY CLERK

92795

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE November 3, 2006 at 11:45 a.m. |
| NAME OF SERVER Francis Davis | TITLE Constable, City of Boston |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: Metals Recycling L.L.C. by giving in hand to Brandon Bigelow, Esq., at Bingham McCutchen LLP, 150 Federal Street, Boston, MA 02110

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $65.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Nov. 3, 2006
Date

*Signature of Server*

Francis Davis
1895 Centre Street, Suite 202
Boston, MA 02132

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.