**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| WILLIAM A. RUSHWORTH, SR., Individually and in his capacity as Administrator of the Estate of TODD BRIAN RUSHWORTH, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 06-369/T |
| Salah & Pecci Leasing Company, Inc., SALAH & PECCI a/k/a JOHN DOE CORP. | ) | |
| Defendant and Third-Party Plaintiff, | ) | |
| v. | ) | |
| METALS RECYCLING, L.L.C.; MANITOWOC CRANES, INC.; INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, LOCAL #1329; JOHN LOPES, in his capacity as President of Local #1329; HORACE CASTLE, in his capacity as Secretary-Treasurer of Local #1329; and JOHN DOES 1-5, | ) | |
| Third-Party Defendants. | ) | |

**MOTION OF SALAH & PECCI LEASING COMPANY, INC. FOR AN EXTENSION TO SERVE PROCESS UPON THIRD PARTY DEFENDANT HORACE CASTLE AND FOR LEAVE TO EFFECT SERVICE BY ALTERNATIVE MEANS**

Defendant/third-party plaintiff Salah & Pecci Leasing Co., Inc. ("SPL") hereby moves pursuant to Fed. R. Civ. P. 4(m) for an enlargement of 60 days to serve process upon third party defendant Horace Castle ("Castle"), and to effect service on Castle by alternative means.

SPL files herewith a supporting memorandum of law.

SPL does not request oral argument on this motion.

Respectfully submitted,

**SALAH & PECCI LEASING CO., INC.**

By its counsel,

/s/ Michael J. Daly
Brooks R. Magratten, # 3583
Michael J. Daly, # 6729
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903
bmagratten@vetterandwhite.com
mdaly@vetterandwhite.com
(401) 421-3060
(401) 272-6803 (fax)

Jeffrey S. Follet (*pro hac vice*)
Jessica V. Barnett (*pro hac vice*)
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000
(617) 832-7000 (fax)

Dated: December 18, 2006

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| WILLIAM A. RUSHWORTH, SR., Individually and in his capacity as Administrator of the Estate of TODD BRIAN RUSHWORTH, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 06-369/T |
| Salah & Pecci Leasing Company, Inc., SALAH & PECCI a/k/a JOHN DOE CORP. | ) | |
| Defendant and Third-Party Plaintiff, | ) | |
| v. | ) | |
| METALS RECYCLING, L.L.C.; MANITOWOC CRANES, INC.; INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, LOCAL #1329; JOHN LOPES, in his capacity as President of Local #1329; HORACE CASTLE, in his capacity as Secretary-Treasurer of Local #1329; and JOHN DOES 1-5, | ) | |
| Third-Party Defendants. | ) | |

**MEMORANDUM IN SUPPORT OF MOTION OF SALAH & PECCI LEASING COMPANY, INC. FOR AN EXTENSION TO SERVE PROCESS UPON THIRD PARTY DEFENDANT HORACE CASTLE AND FOR LEAVE TO EFFECT SERVICE BY ALTERNATIVE MEANS**

Defendant/third-party plaintiff Salah & Pecci Leasing Co., Inc. ("SPL") hereby moves pursuant to Fed. R. Civ. P. 4(m) for an enlargement of 60 days to serve process upon third party defendant Horace Castle ("Castle"), and to effect service on Castle by alternative means.

In this wrongful death action, SPL filed a third party complaint against five named third party defendants, including Castle (in his capacity as Secretary Treasurer of the International Longshoremen's Association, Local #1329), on September 5, 2006. Third party defendants Manitowoc Cranes, Inc., Metals Recycling, Inc. and John Lopes have since been served with process. Despite hiring a private investigator to locate and serve Castle, SPL has not been able to serve him.

SPL's investigator reports that he believes Lopes' home address is 29 Bellevue Ave., Providence, Rhode Island, but that Lopes has attempted to evade service. The investigator reports that, on his first visit to the Bellevue Ave residence, a woman answered the door and initially denied that Lopes lived there. After further probing, the woman acknowledged that Lopes did in fact live at the Bellevue Ave. address, but offered no further information regarding his whereabouts. During a follow-up visit to the Bellevue Ave. address, a gentleman answered the door, but, before confirming his identity, retreated to the house and refused to acknowledge the investigator's presence.

The third party complaint having been filed on September 5, 2006, absent an extension by this Court, service must be made on Castle before January 3, 2007. See Fed. R. Civ. P. 4(m) (imposing a 120-day limit for service of process). Since filing the third party complaint, SPL has diligently attempted to serve process upon Castle, but has been unsuccessful. Based on the information obtained by its investigator, SPL believes it has located Castle's home address and will be able to serve Castle before March 4, 2006. Therefore, SPL respectfully moves that the Court extend the deadline to serve Castle by 60 days, to wit, before March 4, 2006.

SPL also requests leave to serve Castle by means of "tack on" service because he appears to be attempting to avoid personal service. Pursuant to Fed. R. Civ. P. 4(e), service may be

effectuated on any individual in this state in accordance with Rhode Island state law. The state courts of Rhode Island permit the use of "tack on" service (i.e., by affixing a copy of the complaint and summons to the door of the party's residence) if the plaintiff has diligently, but unsuccessfully, attempted to serve process in accordance with the methods prescribed in Rule 4(e) of the Rhode Island Rules of Civil Procedure. See Howe v. Howe, 762 A.2d 801, 802 & n.1 (R.I. 2000) (acknowledging and explaining "tack-on" service); Hunter v. Malhotra, 695 A.2d 1004, 1007 (R.I. 1997). Based on SPL's investigator's information that Castle resides at 29 Bellevue Ave. in Providence, it is likely that "tack on" service at that address will apprise Castle of the pending action against him.

For the reasons set forth above, SPL respectfully requests:

1) a 60 day extension giving SPL until March 4, 2007 to serve process on Castle; and

2) leave to affect service on Castle by affixing a copy of the summons and complaint to the front door at 29 Bellevue Ave., Providence, Rhode Island.

Respectfully submitted,

**SALAH & PECCI LEASING CO., INC.**

By its counsel,

/s/ Michael J. Daly
Brooks R. Magratten, # 3583
Michael J. Daly, # 6729
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903
bmagratten@vetterandwhite.com
mdaly@vetterandwhite.com
(401) 421-3060
(401) 272-6803 (fax)

Jeffrey S. Follet (*pro hac vice*)
Jessica V. Barnett (*pro hac vice*)
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000
(617) 832-7000 (fax)

Dated: December 18, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that the MOTION OF SALAH & PECCI LEASING COMPANY, INC. FOR AN EXTENSION TO SERVE PROCESS UPON THIRD PARTY DEFENDANT HORACE CASTLE AND FOR LEAVE TO EFFECT SERVICE BY ALTERNATIVE MEANS, and supporting memorandum were electronically filed on December 18, 2006, and are available for viewing and downloading on the Court's Electronic Case Filing system. Service on the below listed counsel of record has been effectuated by electronic means:

Carol Zangari (for Plaintiff)
John Kelleher (for Manitowoc Cranes, Inc.)
Mark Dolan (for Metals Recycling, LLC)
Robert Quigley (for Metals Recycling, LLC)

I further certify that on December 18, 2006, I served the above identified motion and memorandum by U.S. Mail, first class, postage prepaid, to:

John Lopes
77 Princeton Ave.
Providence, RI 02903
(401) 529-8624

/s/ Michael J. Daly