UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WILLIAM A RUSHWORTH, SR.
Individually and in his
capacity as Administrator of
the Estate of TODD BRIAN RUSHWORTH,
Plaintiff

v. CA No. 06-369-T

Salah & Pecci Leading Company, Inc.,
SALAH & PECCI a/k/a
JOHN DOE CORP.,
Defendant and Third-Party Plaintiff

v.

METALS RECYCLING, LLC; MANITOWOC CRANES, INC.;
INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, LOCAL #1329;
JOHN LOPES, in his capacity as President of Local #1329;
HORACE CASTLE, in his capacity as Secretary-Treasurer of
Local #1329; and JOHN DOES 1-5,
Third-party defendants

**ORDER**

Defendant and third-party plaintiff Salah & Pecci Leasing Company, Inc.'s assented to[1] motion to consolidate is hereby denied without prejudice to it being renewed at such time as all parties have been served.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Judge

Date: 12/19/06

---

[1] Counsel for plaintiffs, Metals Recycling and Manitowoc Cranes have expressly assented to consolidation. SPL has not yet been able to locate and serve process on third party defendants John Lopes and Horace Castle. Therefore, neither Lopes, nor Castle, nor the International longshoremen's Association, Local #1329 have assented to this motion.