**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| WILLIAM A. RUSHWORTH, SR., Individually and in his capacity as Administrator of the Estate of TODD BRIAN RUSHWORTH, | |
| Plaintiff, | |
| v. | C.A. No. 06-369/T |
| Salah & Pecci Leasing Company, Inc., SALAH & PECCI a/k/a JOHN DOE CORP. | |
| Defendant and Third-Party Plaintiff, | |
| v. | |
| METALS RECYCLING, L.L.C.; MANITOWOC CRANES, INC.; INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, LOCAL #1329; JOHN LOPES, in his capacity as President of Local #1329; HORACE CASTLE, in his capacity as Secretary-Treasurer of Local #1329; and JOHN DOES 1-5, | |
| Third-Party Defendants. | |

**MOTION OF SALAH & PECCI LEASING COMPANY, INC.**
**FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM**

Defendant/third-party plaintiff Salah & Pecci Leasing Co., Inc. ("SPL") moves pursuant to LR Cv 7(b)(3) for leave to file a supplemental memorandum in support of its Revised Motion for an Extension to Serve Process Upon Third Party Defendant Horace Castle and for Leave to Effect Service by Alternative Means.

SPL files herewith a supporting memorandum of law.

SPL does not request hearing on this motion.

Respectfully submitted,

**SALAH & PECCI LEASING CO., INC.**

By its counsel,

/s/ Michael J. Daly
Brooks R. Magratten, # 3583
Michael J. Daly, # 6729
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903
bmagratten@vetterandwhite.com
mdaly@vetterandwhite.com
(401) 421-3060
(401) 272-6803 (fax)

Jeffrey S. Follet (*pro hac vice*)
Jessica V. Barnett (*pro hac vice*)
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000
(617) 832-7000 (fax)

Dated: January 2, 2006

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| WILLIAM A. RUSHWORTH, SR., Individually and in his capacity as Administrator of the Estate of TODD BRIAN RUSHWORTH, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 06-369/T |
| Salah & Pecci Leasing Company, Inc., SALAH & PECCI a/k/a JOHN DOE CORP. | ) | |
| Defendant and Third-Party Plaintiff, | ) | |
| v. | ) | |
| METALS RECYCLING, L.L.C.; MANITOWOC CRANES, INC.; INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, LOCAL #1329; JOHN LOPES, in his capacity as President of Local #1329; HORACE CASTLE, in his capacity as Secretary-Treasurer of Local #1329; and JOHN DOES 1-5, | ) | |
| Third-Party Defendants. | ) | |

**MEMORANDUM IN SUPPORT OF MOTION OF SALAH & PECCI LEASING COMPANY, INC. FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM**

Defendant/third-party plaintiff Salah & Pecci Leasing Co., Inc. ("SPL") has moved for leave to file a supplemental memorandum in support of its Revised Motion for an Extension to Serve Process Upon Third Party Defendant Horace Castle and for Leave to Effect Service by Alternative Means. SPL filed its original motion papers under the belief that Castle resided at 29 Bellevue Ave., Providence, Rhode Island and sought leave to serve Castle by "tack on" means at

that address. SPL's investigator has since learned that Castle resides at 37 Greenwich Ave. in Providence, rather than at the Bellevue Ave. address. The proposed supplemental memorandum, attached hereto as Exhibit A, is designed to inform the Court of Castle's correct address and seek permission to effect "tack on" service at 37 Greenwich Ave, Providence.

Respectfully submitted,

**SALAH & PECCI LEASING CO., INC.**

By its counsel,

/s/ Michael J. Daly
Brooks R. Magratten, # 3583
Michael J. Daly, # 6729
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903
bmagratten@vetterandwhite.com
mdaly@vetterandwhite.com
(401) 421-3060
(401) 272-6803 (fax)

Jeffrey S. Follet (*pro hac vice*)
Jessica V. Barnett (*pro hac vice*)
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000
(617) 832-7000 (fax)

Dated: January 2, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that this MOTION OF SALAH & PECCI LEASING CO. INC. TO FILE A SUPPLEMENTAL MEMORANDUM and supporting memorandum were electronically filed on January 2, 2006, and are available for viewing and downloading on the Court's Electronic Case Filing system. Service on the below listed counsel of record has been effectuated by electronic means:

Carol Zangari (for Plaintiff)
John Kelleher (for Manitowoc Cranes, Inc.)
Mark Dolan (for Metals Recycling, LLC)
Robert Quigley (for Metals Recycling, LLC)
John Mahoney (for John Lopes)

/s/ Michael J. Daly