# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| WILLIAM A. RUSHWORTH, SR., Individually and in his capacity as Administrator of the Estate of TODD BRIAN RUSHWORTH,<br><br>Plaintiff,<br><br>v.<br><br>Salah & Pecci Leasing Company, Inc., SALAH & PECCI a/k/a JOHN DOE CORP.<br><br>Defendant and Third-Party Plaintiff,<br><br>v.<br><br>METALS RECYCLING, L.L.C.; MANITOWOC CRANES, INC.; INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, LOCAL #1329; JOHN LOPES, in his capacity as President of Local #1329; HORACE CASTLE, in his capacity as Secretary-Treasurer of Local #1329; and JOHN DOES 1-5,<br><br>Third-Party Defendants. | C.A. No. 06-369/T |

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF REVISED MOTION OF SALAH & PECCI LEASING COMPANY, INC. FOR AN EXTENSION TO SERVE PROCESS UPON THIRD PARTY DEFENDANT HORACE CASTLE AND FOR LEAVE TO EFFECT SERVICE BY ALTERNATIVE MEANS**

Defendant/third-party plaintiff Salah & Pecci Leasing Co., Inc. ("SPL") has moved for an enlargement of 60 days to serve process upon third party defendant Horace Castle ("Castle"), and to effect service on Castle by alternative means. In its original memorandum, SPL sought permission to serve Castle by "tack on" means at 29 Bellevue Ave., Providence, Rhode Island.

SPL's investigator has since learned that Castle resides at 37 Greenwich Ave. in Providence, rather than at the Bellevue Ave. address. Castle continues to evade service and, therefore, SPL respectfully requests an extension to March 4, 2007 to affect service on Castle by "tack on" means at 37 Greenwich Ave.

Respectfully submitted,

**SALAH & PECCI LEASING CO., INC.**

By its counsel,

______________________________

Brooks R. Magratten, # 3583
Michael J. Daly, # 6729
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903
bmagratten@vetterandwhite.com
mdaly@vetterandwhite.com
(401) 421-3060
(401) 272-6803 (fax)

Jeffrey S. Follet (*pro hac vice*)
Jessica V. Barnett (*pro hac vice*)
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000
(617) 832-7000 (fax)

Dated: January _____, 2006