**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

WILLIAM A. RUSHWORTH, SR.,
Individually and in his capacity as
Administrator of the Estate of TODD
BRIAN RUSHWORTH,
Plaintiff

v. C.A. No. 06-369T

SALAH & PECCI LEASING COMPANY, INC.;
SALAH & PECCI a/k/a
JOHN DOE CORP.,
Defendant

ORDER

The defendant's motion for an extension to serve process upon third party defendant Horace Castle is GRANTED. The defendant's motion for leave to effect service by alternative means is DENIED without prejudice to being renewed if efforts to serve Mr. Castle at 37 Greenwich Avenue are unsuccessful and if the movant provides an affidavit establishing the efforts made to serve Mr. Castle and the reasons for believing that service by "tacking" at 37 Greenwich Avenue is reasonably calculated to provide Mr. Castle with notice.

By Order,

Deputy Clerk

Ernest C. Torres, Senior U.S. District Judge
Date: January 17, 2007