**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| WILLIAM A. RUSHWORTH, SR., Individually and in his capacity as Administrator of the Estate of TODD BRIAN RUSHWORTH,<br><br>Plaintiff,<br><br>v.<br><br>Salah & Pecci Leasing Company, Inc., SALAH & PECCI a/k/a JOHN DOE CORP.<br><br>Defendant and Third-Party Plaintiff,<br><br>v.<br><br>METALS RECYCLING, L.L.C.; MANITOWOC CRANES, INC.; INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, LOCAL #1329; JOHN LOPES, in his capacity as President of Local #1329; HORACE CASTLE, in his capacity as Secretary-Treasurer of Local #1329; and JOHN DOES 1-5,<br><br>Third-Party Defendants. | ) | C.A. No. 06-369/T |

**STIPULATION**

It is hereby agreed by and between the undersigned that Attorney John Mahoney accepts service of the summons and complaint on behalf of third party defendant Horace Castle (Castle). It is further agreed that service of process upon third party defendant International Longshoremen's Association, Local # 1329 ("Union") has been effectuated. Third party defendants Castle and Union hereby waive all arguments relative to service of process.

/s/ Michael J. Daly
Michael J. Daly, Esq., No. 3583
Vetter & White
20 Washington Place
Providence, RI 02903
T: (401) 421-3060
F: (401) 272-6803
mdaly@vetterandwhite.com
Attorney for Defendant/Third-Party Plaintiff, Salah & Pecci Leasing Company

/s/ John Mahoney
John Mahoney, Esq., No. 1940
Asquith & Mahoney, LLP
155 South Main Street, 2nd Floor
Providence, RI 02903
T: (401) 331-5353
F: (401) 331-7373
JackMahoney@amlawllp.com
Attorney for Third Party Defendants, Horace Castle and International Longshoremen's Association, Local #1329

## CERTIFICATE OF SERVICE

I hereby certify that this STIPULATION was electronically filed on January 23, 2007, and is available for viewing and downloading on the Court's Electronic Case Filing system. Service on the below listed counsel of record has been effectuated by electronic means:

Carol Zangari (for Plaintiff)
John Kelleher (for Manitowoc Cranes, Inc.)
Mark Dolan (for Metals Recycling, LLC)
Robert Quigley (for Metals Recycling, LLC)
John Mahoney (for John Lopes, Horace Castle and Longshoremen's Union)

/s/ Michael J. Daly