UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM A. RUSHWORTH, SR.,<br>Individually and in his capacity as<br>Administrator of the Estate of<br>TODD BRIAN RUSHWORTH<br>Plaintiff | : | |
| VS. | : | C.A. NO. 06-0369T |
| Salah & Pecci Leasing Company, Inc.<br>SALAH & PECCI, a/k/a<br>JOHN DOE CORP.<br>Defendant | : | |
| VS. | : | |
| METALS RECYCLING, LLC, et al<br>MANITOWOC CRANES, INC.;<br>INTERNATIONAL ONGSHOREMEN'S<br>ASSOCIATION, LOCAL #1329;<br>JOHN LOPES, in his capacity as President<br>Of Local #1329; HORACE CASTLE, in his<br>capacity as Secretary-Treasurer of<br>Local #1329; and JOHN DOES 1-5<br>Third-party defendants | : | |

**MOTION TO CONTINUE**

Defendant, Manitowoc Cranes, Inc., hereby moves for an Order of this Court continuing the Rule 16 scheduling conference currently scheduled for February 20, 2007 at 9:30 am. As grounds for its motion, defendant states that the undersigned is lead trial counsel and defendant seeks a continuance so the undersigned may take a prepaid family vacation.

Third-party Defendant,
MANITOWOC CRANES, INC.
By its attorneys,
HIGGINS, CAVANAGH & COONEY, LLP
/s/ John F. Kelleher____________________
John F. Kelleher, Esq., #3854
123 Dyer Street
Providence, RI 02903
(401) 272-3500
boldmixon@hcc-law.com

**CERTIFICATION**

I, Beth A. Oldmixon, hereby certify that the within document was electronically filed on February 12, 2007. I further certify that a true copy of the within was sent by electronic means (ECF) to the following counsel of record: Jessica V. Barnett, Esq., at jbarnett@foleyhoag.com; Michael J. Daly at mdaly@vetterandwhite.com; Mark P. Dolan, Esq. at ricedolan@ricedolan.com; Jeffrey S. Follett, Esq at jfollett@foleyoag.com; Brooks R. Magratten, Esq at bmagratten@vetterandwhite.com; John R. Mahoney, Esq., at jackmahoney@amlawllp.com, lsoucy@amlawllp.com and at johnmahoney@amlawllp.com; Robert J. Quigley, Jr. at rquigley@mjqlaw.com; and Carol A. Zangari at caz@zangarilaw.com on this 14th day of February, 2007.

/s/ John F. Kelleher