MPD:fm 06-332

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

WILLIAM RUSHWORTH, SR., ET AL

VS C.A. NO. 06-369 T

SALAH & PECCI LEASING COMPANY

VS

METALS RECYCLING, LLC, ET AL

**ENTRY OF APPEARANCE**

I, James S. D'Ambra, Esquire, of RICE DOLAN & KERSHAW hereby enter my appearance as co-counsel on behalf of Third-Party Defendant Metals Recycling, LLC in the above matter.

/s/ James S. D'Ambra_______________
James S. D'Ambra, Esq. #5064
Rice Dolan & Kershaw
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800

DATED: March 21, 2007

CERTIFICATION

Notice will be electronically mailed to:

Jessica V. Barnett jbarnett@foleyhoag.com

Michael J. Daly mdaly@vetterandwhite.com

Jeffrey S. Follett jfollett@foleyhoag.com

John F. Kelleher jkelleher@hcc-law.com

Brooks R. Magratten bmagratten@vetterandwhite.com

John R. Mahoney jackmahoney@amlawllp.com, lsoucy@amlawllp.com; johnmahoney@amlawllp.com

Beth A. Oldmixon boldmixon@hcc-law.com

Robert J. Quigley , Jr rquigley@mjqlaw.com

Carol A. Zangari caz@zangarilaw.com

Copy to counsel of record, as above, on March 21, 2007

/s/ James S. D'Ambra_______________