MPD:fm 06-332

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

WILLIAM RUSHWORTH, SR., ET AL

VS C.A. NO. 06-369 T

SALAH & PECCI LEASING COMPANY

VS

METALS RECYCLING, LLC, ET AL

**THIRD-PARTY DEFENDANT METALS RECYCLING, LLC'S MOTION TO COMPEL DISCOVERY FROM PLAINTIFF WILLIAM RUSHWORTH, SR.**

Third-party defendant Metals Recycling, LLC hereby moves to compel discovery from the plaintiff William A. Rushworth, Sr., individually and as Administrator of the Estate of Todd Brian Rushworth. Specifically, third-party defendant moves for an Order of this Court compelling the plaintiff to answer interrogatories previously propounded, and to compel plaintiff to respond to a request for production of documents dated December 18, 2006.

In support of the motion, third-party defendant submits the attached memorandum.

Third-party defendant respectfully requests that the plaintiff be compelled to respond to the aforementioned discovery within ten (10) days of the date of the Court's Order.

/s/ Mark P. Dolan
Mark P. Dolan, Esq. #3280
Rice Dolan & Kershaw
Attorneys for Third-party Defendant
*Metals Recycling, LLC*
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800 Phone
(401) 421-7218 Fax

**CERTIFICATE OF COUNSEL**

I, Mark P. Dolan, Esq., as attorney of record in this matter, hereby certify that I have fully complied with the requirements of the Federal Rules of Civil Procedure. I have made a diligent, good faith effort to settle this dispute, but have been unsuccessful.

/s/ Mark P. Dolan________________
Mark P. Dolan, Esq. #3280

**REQUEST FOR HEARING**

Pursuant to Local Rule 12, third-party defendant hereby requests a hearing on its motion to compel.

/s/ Mark P. Dolan________________
Mark P. Dolan, Esq. #3280

CERTIFICATION

TO: Michael J. Daly, Esq., Vetter & White, 20 Washington Place, Providence, RI 02903
Carol A. Zangari, Esq., The Wilcox Building, 42 Weybosset Street, Suite 402, Providence, RI 02903
Robert J. Quigley, Esq., McKenney, Quigley, Izzo & Clarkin, LLP, 95 Chestnut Street, 6th Floor, Providence, RI 02903
Brandon Bigelow, Esq., Bingham McCutcheon, LLP, 150 Federal Street, Boston, MA 02110
John Kelleher, Esq., Higgins Cavanagh & Cooney, 123 Dyer Street, Providence, RI 02903
Jeffrey Follett, Esq., Foley Hoag, 155 Seaport Blvd., Boston, MA 02210-2600

DATED: May 15, 2007 /s/ Mark P. Dolan________________

MPD:fm 06-332

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

WILLIAM RUSHWORTH, SR., ET AL

VS C.A. NO. 06-369 T

SALAH & PECCI LEASING COMPANY

VS

METALS RECYCLING, LLC, ET AL

**THIRD-PARTY DEFENDANT METALS RECYCLING, LLC'S MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL DISCOVERY FROM PLAINTIFF WILLIAM RUSHWORTH, SR**

Third-party defendant has now moved to compel the plaintiff William Rushworth, Sr. to respond to discovery previously propounded.

First, third-party defendant requests an Order of the Court compelling plaintiff to respond to two sets of interrogatories propounded on or about December 18, 2006. Copies of the interrogatories are attached hereto as Exhibit A.

Second, third-party defendant requests an Order of the Court compelling plaintiff to respond to a request for production of documents propounded on or about December 18, 2006. A copy of the request is attached hereto as Exhibit B.

Third-party defendant requires the discovery responses in order to properly evaluate this claim and conduct the deposition of the plaintiff.

For all these reasons, third-party defendant requests an Order from this Court compelling plaintiff William Rushworth, Sr. to respond to the aforementioned discovery requests within 10 (ten) days from the date of this Court's Order.

/s/ Mark P. Dolan
Mark P. Dolan, Esq. #3280
Rice Dolan & Kershaw
Attorneys for Third-party Defendant
*Metals Recycling, LLC*
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800 Phone
(401) 421-7218 Fax

CERTIFICATION

TO: Michael J. Daly, Esq., Vetter & White, 20 Washington Place, Providence, RI 02903
Carol A. Zangari, Esq., The Wilcox Building, 42 Weybosset Street, Suite 402, Providence, RI 02903
Robert J. Quigley, Esq., McKenney, Quigley, Izzo & Clarkin, LLP, 95 Chestnut Street, 6th Floor, Providence, RI 02903
Brandon Bigelow, Esq., Bingham McCutcheon, LLP, 150 Federal Street, Boston, MA 02110
John Kelleher, Esq., Higgins Cavanagh & Cooney, 123 Dyer Street, Providence, RI 02903
Jeffrey Follett, Esq., Foley Hoag, 155 Seaport Blvd., Boston, MA 02210-2600

DATED: May 15, 2007 /s/ Mark P. Dolan