**EXHIBIT B**

MPD:fm 06-332

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

WILLIAM RUSHWORTH, SR., ET AL

VS C.A. NO. 06-369 T

SALAH & PECCI LEASING COMPANY

VS

METALS RECYCLING, LLC, ET AL

**THIRD-PARTY DEFENDANT METALS RECYCLING, LLC'S REQUEST FOR PRODUCTION OF DOCUMENTS ADDRESSED TO PLAINTIFF WILLIAM RUSHWORTH, SR., AS ADMINISTRATOR OF THE ESTATE OF TODD BRIAN RUSHWORTH**

1. Copy of death certificate for plaintiff's decedent.

2. Copy of autopsy report for plaintiff's decedent.

3. Copy of funeral bill for plaintiff's decedent.

4. Copies of medical records of decedent's treating physician in the 5 (five) years prior to July 14, 2003. .

5. Copies of all office records, medical reports, medical bills and prescription receipts of all physicians, hospitals, health care facilities and pharmacies for examination, care and treatment of this decedent because of matters referred to in your complaint.

6. Copies of all photographs, videotapes and diagrams in the possession of plaintiff or plaintiff's attorney with reference to any of the mattes referred to in plaintiff's complaint.

7. A copy of any and all insurance policies which provide coverage to the decedent for the incident in question along with a copy of any applicable declaration pages.

8. A copy of decedent's W-2 and federal income tax records for the period of five years prior to the incident in question.

Mark P. Dolan, Esq. #3280
Rice Dolan & Kershaw
Attorneys for Third-party Defendant
Metals Recycling, LLC
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800

TO: Brooks R. Magratten, Esq., and Michael J. Daly, Esq., Vetter & White, 20 Washington Place, Providence, RI 02903
Carol A. Zangari, Esq., The Wilcox Building, 42 Weybosset Street, Suite 402, Providence, RI 02903
Robert J. Quigley, Esq., McKenney, Quigley, Izzo & Clarkin, LLP, 95 Chestnut Street, Providence, RI 02903
Brandon Bigelow, Esq., Bingham McCutcheon, LLP, 150 Federal Street, Boston, MA 02110

Copy to counsel of record, as above, on December 18, 2006.