UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

WILLIAM A. RUSHWORTH, SR., Individually and in his capacity as Administrator of the Estate of TODD BRIAN RUSHWORTH,

Plaintiff,

v.

SALAH & PECCI LEASING CO., INC.,

Defendant and Third Party Plaintiff,

v.

METALS RECYCLING, LLC; MANITOWOC CRANES, INC.; INTERNATIONAL LONGSHOREMAN'S ASSOCIATION, LOCAL #1329; JOHN LOPES, in his capacity as President of Local #1329; HORACE CASTLE, in his capacity as Secretary-Treasurer of Local #1329; and JOHN DOES 1-5,

Third Party Defendants.

CIVIL ACTION
NO. 06-369T

**STIPULATION OF DISMISSAL OF COUNTS III AND IV**
**WITH RESPECT TO METALS RECYCLING, LLC**

Pursuant to Fed R. Civ. P. 41(a)(1)(ii), plaintiff, William A. Rushworth, defendant/third party plaintiff, Salah & Pecci Leasing Co., Inc., and third party defendants, Metals Recycling, LLC; Manitowoc Cranes, Inc.; International Longshoreman's Association, Local #1329; John Lopes, and Horace Castle hereby stipulate and agree that Counts III and IV of the Third Party Complaint filed by third party plaintiff, Salah & Pecci Leasing Co., Inc. on or about September 5, 2006, may be, and the same hereby are, dismissed with respect to third party defendant Metals Recycling, LLC only, with prejudice and without costs, all rights of appeal and review being waived.

Respectfully submitted,

**WILLIAM A. RUSHWORTH, SR.,**

By his attorney,

/s/ Carol A. Zangari

Carol A. Zangari, # 2130
The Wilcox Building
42 Weybosset St.
Suite 402
Providence, RI 02903
(401) 831-1999

Respectfully submitted,

**MANITOWOC CRANES, INC.,**

By its attorney,

/s/ John F. Kelleher

John F. Kelleher, # 3854
Higgins, Cavanagh & Cooney LLP
123 Dyer Street
Providence, RI 02903
(401)272-3500

Respectfully submitted,

**METALS RECYCLING, LLC,**

By its attorneys,

/s/ Mark P. Dolan

Mark P. Dolan, Esq., # 3280
Rice Dolan & Kershaw
170 Westminster St., Suite 900
Providence, RI 02903
(401) 272-8800

Robert J. Quigley, Jr., Esq.
McKenney, Jeffrey & Quigley
95 Chestnut St.
Providence, RI 02903
(401) 454-4550

Respectfully submitted,

**SALAH & PECCI LEASING CO., INC.,**

By its attorneys,

/s/ Michael J. Daly

Brooks R. Magratten, # 3583
Michael J. Daly, # 6729
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 (fax)

Jeffrey S. Follett (admitted *pro hac vice*)
Jessica V. Barnett (admitted *pro hac vice)*
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Respectfully submitted,

**JOHN LOPES, in his capacity as President of Local #1329; and HORACE CASTLE, in his capacity as Secretary-Treasurer of Local #1329,**

By their attorney,

/s/ John R. Mahoney

John R. Mahoney, # 1940
Asquith, Mahoney LLP
155 South Main Street, 2nd floor
Providence, RI 02903
(401) 331-5353

Dated: May 17, 2007