UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM A. RUSHWORTH, SR., Individually and in his capacity as Administrator of the Estate of TODD BRIAN RUSHWORTH | : | |
| VS. | : | C.A. NO. 06-364T |
| MANITOWOC ENGINEERING CO. THE MANITOWOC COMPANY, INC. | : | |
| WILLIAM A. RUSHWORTH, SR., Individually and in his capacity as Administrator of the Estate of TODD BRIAN RUSHWORTH, Plaintiff | : | |
| VS. | : | C.A. NO. 06-369T |
| SALAH & PECCI LEASING COMPANY, INC., SALAH & PECCI, a/k/a JOHN DOE CORP., Defendant | : | |
| VS. | : | |
| METALS RECYCLING, LLC, MANITOWOC CRANES, INC. INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, LOCAL #1329 JOHN LOPES, in his capacity as President Of Local #1329; HORACE CASTLE, in his Capacity as Secretary-Treasurer of Local #1329; and JOHN DOES 1-5, Third-Party Defendants | : | |

**PLAINTIFF'S OBJECTION/RESPONSE TO THIRD-PARTY DEFENDANT, METALS RECYCLING, LLC'S MOTION TO DEFAULT**

Now comes the Plaintiff in the above-entitled actions, William A. Rushworth, Sr., and Objects to Metals Recycling, LLC's Motion to Default for failure to comply with a prior

Court Order. In support of this Objection, the Plaintiff submits the attached Memorandum and Stipulation of Counsel providing for discovery extension/modification with respect to this Motion.

Plaintiff,
**William A. Rushworth, Sr.**
By His Attorney,

*Law Offices of Carol A. Zangari*

\s\Carol A. Zangari
Carol A. Zangari (#2130)
The Wilcox Building
42 Weybosset Street, Suite 402
Providence, RI 02903
401.831.1999 (t)
401-454-8309 (f)
Dated: July 20, 2007

**CERTIFICATION**

TO: **John F. Kelleher, Esq.,** *Higgins, Cavanagh & Cooney, LLP*, The Hay Building, 4th Floor, 123 Dyer Street, Providence, RI 02903; **Mark P. Dolan, Esq.**, *Rice, Dolan & Kershaw*, 170 Westminster Street, Suite 900, Providence, RI 02903; **Michael J. Daly, Esq.**, *Vetter & White, Inc.*, 20 Washington Place, Providence, RI 02903; **Robert J. Quigley, Esq.**, *McKenney, Quigley, Izzo & Clarkin*, 95 Chestnut Street, Providence, RI 02903; **John R. Mahoney, Esq.**, 155 South Main Street, Providence, RI 02903; **Jeffrey Follett, Esq.**, *Foley & Hoag*, 155 Seaport Boulevard, Boston, MA 02210-2600; and **Brandon Bigelow, Esq.**, *Bingham McCutcheon, LLP*, 150 Federal Street, Boston, MA -2110.

\s\Carol A. Zangari
*Law Offices of Carol A. Zangari*

Dated: July 20, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM A. RUSHWORTH, SR., Individually and in his capacity as Administrator of the Estate of TODD BRIAN RUSHWORTH | : | |
| VS. | : | C.A. NO. 06-364T |
| MANITOWOC ENGINEERING CO. THE MANITOWOC COMPANY, INC. | : | |
| WILLIAM A. RUSHWORTH, SR., Individually and in his capacity as Administrator of the Estate of TODD BRIAN RUSHWORTH<br>Plaintiff | : | |
| VS. | : | C.A. NO. 06-369T |
| SALAH & PECCI LEASING COMPANY, INC., SALAH & PECCI, a/k/a JOHN DOE CORP.<br>Defendant | : | |
| VS. | : | |
| METALS RECYCLING, LLC, MANITOWOC CRANES, INC. INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, LOCAL #1329 JOHN LOPES, in his capacity as President Of Local #1329; HORACE CASTLE, in his Capacity as Secretary-Treasurer of Local #1329; and JOHN DOES 1-5<br>Third-Party Defendants | : | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF HIS OBJECTION/RESPONSE TO THIRD-PARTY DEFENDANT, METALS RECYCLING, LLC'S MOTION TO DEFAULT**

Counsel for the Plaintiff and for the moving Third-party Defendant herein, Metals Recycling, LLC, have conferred and stipulate that the Plaintiff, William A. Rushworth, Sr., Individually and in his capacity as Administrator of the Estate of Todd Brian Rushworth,

may file his responses to said moving party's discovery requests, i.e., Interrogatories and Request for Production of Documents, on or before August 3, 2007, which Stipulation provides for an extension/modification of this discovery due date.

This modification/extension, as agreed upon, does not affect the date for discovery closure nor Trial.

This Stipulation serves to address the relief requested in said moving party's Motion.

**WHEREFORE**, it is respectfully requested that the Motion be denied.

Plaintiff,
**William A. Rushworth, Sr.**
By His Attorney,

*Law Offices of Carol A. Zangari*

\s\Carol A. Zangari
Carol A. Zangari (#2130)
The Wilcox Building
42 Weybosset Street, Suite 402
Providence, RI 02903
401.831.1999 (t)
401-454-8309 (f)
Dated: July 20, 2007

## CERTIFICATION

TO: **John F. Kelleher, Esq.,** *Higgins, Cavanagh & Cooney, LLP*, The Hay Building, 4th Floor, 123 Dyer Street, Providence, RI 02903; **Mark P. Dolan, Esq.**, *Rice, Dolan & Kershaw*, 170 Westminster Street, Suite 900, Providence, RI 02903; **Michael J. Daly, Esq.**, *Vetter & White, Inc.*, 20 Washington Place, Providence, RI 02903; **Robert J. Quigley, Esq.**, *McKenney, Quigley, Izzo & Clarkin*, 95 Chestnut Street, Providence, RI 02903; **John R. Mahoney, Esq.**, 155 South Main Street, Providence, RI 02903; **Jeffrey Follett, Esq.**, *Foley & Hoag*, 155 Seaport Boulevard, Boston, MA 02210-2600; and **Brandon Bigelow, Esq.**, *Bingham McCutcheon, LLP*, 150 Federal Street, Boston, MA -2110.

\s\Carol A. Zangari
*Law Offices of Carol A. Zangari*

Dated: July 20, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM A. RUSHWORTH, SR., Individually and in his capacity as Administrator of the Estate of TODD BRIAN RUSHWORTH | : | |
| VS. | : | C.A. NO. 06-364T |
| MANITOWOC ENGINEERING CO. THE MANITOWOC COMPANY, INC. | : | |
| WILLIAM A. RUSHWORTH, SR., Individually and in his capacity as Administrator of the Estate of TODD BRIAN RUSHWORTH Plaintiff | : | |
| VS. | : | C.A. NO. 06-369T |
| SALAH & PECCI LEASING COMPANY, INC., SALAH & PECCI, a/k/a JOHN DOE CORP. Defendant | : | |
| VS. | : | |
| METALS RECYCLING, LLC, MANITOWOC CRANES, INC. INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, LOCAL #1329 JOHN LOPES, in his capacity as President Of Local #1329; HORACE CASTLE, in his Capacity as Secretary-Treasurer of Local #1329; and JOHN DOES 1-5 Third-Party Defendants | : | |

**STIPULATION REGARDING DISCOVERY COMPLIANCE**

Pursuant to Fed. R. Civ. P. 29 and applicable Rules, the Plaintiff, William A. Rushworth, Sr., Individually and in his capacity as Administrator of the Estate of Todd Brian Rushworth shall comply/respond to the discovery requests of Third-party Defendant,

Metals Recycling, LLC, i.e., Interrogatories and Request for Production on or before August 3, 2007. Said Answers/Responses shall operate with the same force and effect as if timely filed.

Respectfully Submitted,
**WILLIAM A. RUSHWORTH, SR.**

By his Attorney,

/s/Carol A. Zangari
Carol A. Zangari (#2130)
*Law Offices of Carol A. Zangari*
The Wilcox Building
42 Weybosset Street
Suite 402
Providence, RI 02903
(401) 831.1999

Respectfully Submitted,
**METALS RECYCLING, LLC.**

By its Attorneys,

/s/ Mark P. Dolan
Mark P. Dolan (#3280)
*Rice, Dolan & Kershaw*
170 Westminster Street
Suite 900
Providence, RI 02903
(401) 272.8800

Dated: July 20, 2007