UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WILLIAM A. RUSHWORTH, SR., et al.,<br><br>Plaintiff,<br><br>vs.<br><br>MANITOWOC ENGINEERING CO.<br>THE MANITOWOC COMPANY, INC.<br><br>Defendant. | C.A. No. 06-364/T |
| WILLIAM A. RUSHWORTH, SR., et al.,<br><br>Plaintiff,<br><br>vs.<br><br>SALAH & PECCI LEASING COMPANY, INC.,<br><br>Defendant and<br>Third-Party Plaintiff,<br><br>vs.<br><br>METALS RECYCLING, LLC, et al.<br><br>Third-Party Defendants | C.A. No. 06-369/T |

**THIRD-PARTY PLAINTIFF SALAH & PECCI'S MOTION TO COMPEL THIRD PARTY DEFENDANTS JOHN LOPES AND HORACE CASTLE TO RESPOND TO DISCOVERY**

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure and the local rules of the United States District Court for the District of Rhode Island, Third-Party Plaintiff Salah & Pecci Leasing Company, Inc. ("SPL") hereby moves to compel discovery from Third-Party Defendant John Lopes, in his capacity as President of the International Longshormen's Association Local #1329 ("Union"), and Third Party Defendant Horace Castle, in his capacity as Secretary-

Treasurer of the Union. Specifically, SPL moves for an Order of this Court compelling the Union to answer SPL's interrogatories and document requests, which were served on the Union on May 17, 2007.

SPL submits the attached memorandum in support of this motion.

The undersigned counsel, as attorney of record in this matter, hereby certifies that counsel for third party plaintiff SPL has made a diligent, good faith effort to resolve this dispute, but has been unsuccessful.

Pursuant to LR Cv 7(e), SPL hereby requests a hearing on its Motion to Compel and estimates that such hearing would last less than 30 minutes.

SPL respectfully requests that the Union be compelled to respond to the aforementioned discovery within ten (10) days of the date of the Court's order.

Respectfully Submitted,
Salah & Pecci Leasing Company, Inc.

By their Attorneys

/s/ Michael J. Daly
Brooks R. Magratten, # 3583
Michael J. Daly, # 6729
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 (fax)
mdaly@vetterandwhite.com

Jeffrey S. Follett (admitted *pro hac vice*)
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Date: August 9, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WILLIAM A. RUSHWORTH, SR., et al.,<br><br>Plaintiff,<br><br>vs.<br><br>MANITOWOC ENGINEERING CO.<br>THE MANITOWOC COMPANY, INC.<br><br>Defendant. | C.A. No. 06-364T |
| WILLIAM A. RUSHWORTH, SR., et al.,<br><br>Plaintiff,<br><br>vs.<br><br>SALAH & PECCI LEASING COMPANY, INC.,<br><br>Defendant and<br>Third-Party Plaintiff,<br><br>vs.<br><br>METALS RECYCLING, LLC, et al.<br><br>Third-Party Defendants | C.A. No. 06-369T |

**THIRD-PARTY PLAINTIFF SALAH & PECCI'S MEMORANDUM IN SUPPORT OF MOTION TO COMPEL THIRD PARTY DEFENDANTS JOHN LOPES AND HORACE CASTLE TO RESPOND TO DISCOVERY**

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure and the local rules of the United States District Court for the District of Rhode Island, Third-Party Plaintiff Salah & Pecci Leasing Company, Inc. ("SPL") hereby moves to compel discovery from Third-Party Defendant John Lopes, in his capacity as President of the International Longshormen's Association Local #1329 ("Union"), and Third Party Defendant Horace Castle, in his capacity as Secretary-

Treasurer of the Union. Specifically, SPL moves for an Order of this Court compelling the Union to answer SPL's interrogatories and document requests, served on the Union on May 17, 2007.

## I. Background

On or about July 2, 1993, SPL purchased a Manitowoc M-250, S-II crawler crane, serial no. 2501021 (the "Crane") from Manitowoc-Forsythe Corporation. On December 7, 2000, SPL leased the crane to Metals Recycling, LLC ("Metals"). On or about July 14, 2003, Todd Brian Rushworth (the "Decedent"), while acting as an employee for Metals and while a member of the Union, operated the Crane in a negligent and unsafe manner by, among other errors, moving the crane beyond its safe load radius. As a result of the Decedent's negligent operation of the Crane, the Decedent caused severe injuries to himself, destroyed the Crane, and ultimately died within hours of the accident. It is SPL's belief that the Crane was overloaded at the time of the accident, at the direction and with the knowledge of the Union, including the Union's President, John Lopes, and Secretary-Treasurer, Horace Castle.

On June 7, 2006, Plaintiff William A. Rushworth, Sr. ("Plaintiff"), individually and in his capacity as administrator of the Decedent's estate, filed a complaint against SPL in Rhode Island Superior Court, alleging that SPL is liable for compensatory and punitive damages in connection with the death of the Decedent (the "Complaint"). The Complaint alleges that the Crane was defective condition and/or unfit for its intended purpose at the time of the accident. SPL denied the allegations in the Complaint and maintains that if the Court finds that the Crane was in a defective or unfit for its intended use, that condition resulted wholly or in part from the acts or omissions, including the failure to exercise due care in the training and operation of the Crane by, among others, the Union, John Lopes and Horace Castle.

On September 5, 2006, SPL served a third-party complaint on the Union, alleging common law claims for contribution, indemnification, and negligence. It is SPL's belief that the Union failed to properly train the Decedent as to how to safely operate the Crane and in accident prevention. Both John Lopes and Horace Castle, as representatives of the Union, have denied the allegations contained in SPL's third-party complaint.

## II. Discovery Dispute

SPL served interrogatories and document requests on the Union on or about May 17, 2007. SPL requested information and documents regarding any Union witnesses to the accident; any and all training, procedures or guidelines conducted or propounded by the Union on the operation of cranes; the Union's accident procedures; and any service, maintenance, or labor performed on the Crane by the Union. Copies of the interrogatories and document requests are attached hereto as Exhibits A and B, respectively. The discovery requests seek information crucial to SPL's action against the Union but, to date, SPL has received no responses of any kind from the Union. The Union has not requested an extension of time to respond, indicating that it has no intention of answering SPL's discovery. Despite SPL's attempts to contact attorneys for the Union to discuss the status of outstanding discovery, the Union has failed to apprise SPL as to whether interrogatory answers or documents are forthcoming.

For these reasons, SPL requests an Order from this Court compelling the Union to respond to SPL's interrogatories and document requests within ten (10) days from the date of this Court's Order.

Respectfully Submitted,
Salah & Pecci Leasing Company, Inc.

By their Attorneys

__/s/ Michael J. Daly________

Brooks R. Magratten, # 3583
Michael J. Daly, # 6729
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 (fax)
mdaly@vetterandwhite.com

Jeffrey S. Follett (admitted *pro hac vice*)
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Date: August 9, 2007

**CERTIFICATION**

I hereby certify that I electronically filed this Motion and Memorandum on August 9, 2007 and that they are available for viewing and downloading from the Court's Electronic Case Filing system. Service on the below-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

Carol A. Zangari, Esq.
The Wilcox Building
42 Weybosset Street, Suite 402
Providence, RI 02903

Robert J. Quigley, Jr., Esq.
95 Chestnut Street
Providence, RI 02903

Mark Dolan, Esq.
James D'Ambra, Esq.
Rice, Dolan & Kershaw
170 Westminster Street
Providence, RI 02903

John F. Kelleher, Esq.
123 Dyer Street
Providence, RI 02903

John R. Mahoney, Esq.
155 South Main Street
Providence, RI 02903

Beth A. Oldmixon, Esq.
Higgins, Cavanagh & Cooney
123 Dyer Street
Providence, RI 02903

_/s/ Michael J. Daly___________