**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

WILLIAM RUSHWORTH,

v. C.A. No. 06-364T

MANITOWOC ENGINEERING CO.,

---

WILLIAM RUSHWORTH,

v. C.A. No. 06-369T

SALAH & PECCI LEASING COMPANY, INC.,

v.

METALS RECYCLING, LLC et al

**ORDER DENYING METALS RECYCLING'S MOTION FOR DEFAULT**

Metals Recycling's Motion for Entry of Default against plaintiff is DENIED without prejudice as it appears that the parties stipulated to extend the time for plaintiff to respond to discovery.

IT IS SO ORDERED:

Ernest C. Torres
Ernest C. Torres
Sr. U.S. District Judge
Date: 8/28/07