UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WILLIAM A. RUSHWORTH, SR., et al.,<br><br>Plaintiff,<br><br>vs.<br><br>MANITOWOC ENGINEERING CO.<br>THE MANITOWOC COMPANY, INC.<br><br>Defendant. | C.A. No. 06-364T |
| WILLIAM A. RUSHWORTH, SR., et al.,<br><br>Plaintiff,<br><br>vs.<br><br>SALAH & PECCI LEASING COMPANY, INC.,<br><br>Defendant and<br>Third-Party Plaintiff,<br><br>vs.<br><br>METALS RECYCLING, LLC, et al.<br><br>Third-Party Defendants | C.A. No. 06-369T |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to LR Gen 206(e)(1) for the United States District Court for the District of Rhode Island, please withdraw the appearance of Jessica V. Barnett as counsel for Defendant and Third-Party Plaintiff Salah & Pecci Leasing Company, Inc. ("SPL") in the above-captioned matter. Ms. Barnett was previously admitted *pro hac vice* as one of the attorneys for SPL. As of December 28, 2007, Ms. Barnett will no longer be associated with Foley Hoag LLP and will be

unable to represent SPL. SPL will continue to be represented by counsel from Vetter & White, as well as by other attorneys from Foley Hoag LLP who have been or may be admitted to the Court by *pro hac vice* application.[1]

In accordance with LR Gen 206(e)(1), SPL represents that there are no motions pending before the Court and that no trial date has been set. Remaining counsel for SPL are familiar with the case and are prepared to address any matters pending in the case, including trial, without delaying the case.

Respectfully Submitted,

Salah & Pecci Leasing Company, Inc.

By its attorneys,

/s/ Michael J. Daly
Brooks R. Magratten, # 3583
Michael J. Daly, # 6729
Vetter & White
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 (fax)

/s/ Jessica V. Barnett
Jeffrey S. Follett (admitted *pro hac vice*)
Jessica V. Barnett (admitted *pro hac vice*)
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Date: December 17, 2007

[1] Attorney Jeffrey S. Follett was admitted *pro hac vice* by the Court on September 27, 2006. Attorney Howard P. Goldberg moved for admission *pro hac vice* on August 1, 2007, which motion was denied on September 20, 2007. Mr. Goldberg intends to renew his motion for admission *pro hac vice* in conjunction with the withdrawal of Ms. Barnett.

**Certificate of Service**

I hereby certify that I electronically filed this Notice of Withdrawal of Appearances on December 17, 2007, and that this notice is available for viewing and downloading from the Court's Electronic Case Filing System. Service on all counsel of record has been effectuated by electronic means.

I further certify that, pursuant to LR Gen. 206(e), this notice has been delivered by electronic means to the client, SPL.

/s/ Michael J. Daly