UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

William A. Rushworth, Sr.
Plaintiff(s)

v. Dkt. No. 06-369T

Salah & Pecci Leasing Co., Inc.
Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff/Defendant Salah & Pecci Leasing Co., Inc. hereby moves that Howard P. Goldberg be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Salah & Pecci Leasing Co., Inc.
(Plaintiff/Defendant)

By: Michael J. Daly
Bar ID No.: 6729
VETTER & WHITE Address: 20 Washington Place, Prov., RI 02903
DATED: 12/21/07

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Massachusetts and of the following Federal District Court and/or Court of Appeals Bar(s) D. Mass and 1st Cir. Ct. App. and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. ~~(If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)~~

(3) I have never been convicted of any crime other than minor traffic offenses. ~~(If applicant has been convicted, please provide full explanation.)~~

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided). No Admission during past 12 months.

Form 1 (cont'd)

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Howard P. Goldberg — Print Name — MA: 654316 State Bar ID

Foley Hoag LLP — Firm Name

155 Seaport Boulevard — Business Address

Boston, MA 02210

617-832-1000 Tel. # — 617-832-7000 Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Michael J. Daly
Signature of Local Counsel

Michael J. Daly — Print Name
6729 — R.I. Bar ID #

Firm and Business Address
Vetter & White
20 Washington Place
Providence, RI 02903
Tel. # 421-3060 Fax # 272-6803

**ORDER**

This motion is hereby ______________________________

______________________
District Judge
Date:

**CERTIFICATE OF SERVICE**

I hereby certify that the enclosed Motion for Admission Pro Hac Vice was electronically filed on December 21, 2007, and is available for viewing and downloading on the Court's Electronic Case Filing system. Service on all counsel of record has been effectuated by electronic means.

/s/ Michael J. Daly