January 3, 2008

Clerk of the Court
UNITED STATES DISTRICT COURT
For The District of Rhode Island
One Exchange Terrace
Providence, RI 02903

Re: William A. Rushworth, Sr., et al
Vs: Salah & Pecci Leasing Company, Inc, et al
Vs: Metals Recycling, LLC, et als
**No:** **USDC Civil Action No: 06-369 T**
**consolidated with C.A. No: 06-364 T**
No: Our File: 06-332

Dear Clerk:

Please note our change of address as reflected in the enclosed notice. We represent the third-party defendant, Metals Recycling, LLC.

Thank you.

Very truly yours,

Mark P. Dolan

MPD:rad
Enclosure

cc: Carol A. Zangari, Esq.
John R. Mahoney, Esq.
Robert J. Quigley, Jr., Esq.
John F. Kelleher, Esq.
Jeffrey S. Follet, Esq.
Michael Daly, Esq. &
Brooks Magratten, Esq.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| WILLIAM A. RUSHWORTH, SR., Individually and in his capacity as Administrator of the ESTATE OF TODD BRIAN RUSHWORTH<br>Plaintiff,<br><br>VS.<br><br>SALAH & PECCI LEASING COMPANY, INC., SALAH & PECCI a/k/a JOHN DOE CORP.<br>Defendant & Third-Party Plaintiff,<br><br>VS.<br><br>METALS RECYCLING, L.L.C., ET ALS<br>Third-Party Defendants. | **C.A. No: 06-369 T** |

*- consolidated with -*

| | |
|---|---|
| WILLIAM A. RUSHWORTH, SR., ET AL<br>Plaintiff,<br><br>VS.<br><br>MANITOWOC ENGINEERING CO.<br>THE MANITOWOC COMPANY, INC.<br>Defendant. | C.A. No: 06-364 T |

**NOTICE OF CHANGE OF ADDRESS**

The law firm of Rice, Dolan & Kershaw is now located at 72 Pine Street, Suite 300, Providence, RI 02903.

Attorney for Third Party Defendant,
METALS RECYCLING, LLC:

/s/ Mark Dolan

Mark P. Dolan, Esq. (#3280)
RICE, DOLAN & KERSHAW
72 Pine Street – Suite 300
Providence, RI 02903
Phone No: (401) 272-8800
*Fax No: (401) 421-7218*
*E-Mail:* ricedolan@ricedolan.com

Dated: January 3, 2008

# CERTIFICATION

I hereby certify that I forwarded a true copy of the within Notice of Change of Address to the following counsel of record:

Carol A. Zangari, Esq.
The Wilcox Building
42 Weybosset Street, Suite 402
Providence, RI 02903

Robert J. Quigley, Jr., Esq.
McKenney, Quigley, Clarkin & Izzo
95 Chestnut Street
Providence, RI 02903

Brooks R. Magratten, Esq.
Michael J. Daly, Esq.
Vetter & White, Inc.
20 Washington Place
Providence, RI 02903

Jeffrey S. Follet, Esq.
Foley Hoag, LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210

John R. Mahoney, Esq.
Asquith & Mahoney, LLP
155 South Main Street, 2nd Floor
Providence, RI 02903

John F. Kelleher, Esq.
Higgins, Cavanagh & Cooney
123 Dyer Street
Providence, RI 02903

Dated: January 3, 2008

/s/ Mark Dolan______________________