UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

WILLIAM A. RUSHWORTH, SR.,
Individually and in his capacity as
Administrator of the Estate of TODD
BRIAN RUSHWORTH

VS.

SALAH & PECCI LEASING COMPANY, INC.,
SALAH & PECCI a/k/a JOHN DOE CORP. C.A. NO.: 06-369 T

VS.

METALS RECYCLING, L.L.C., MANITOWOC
CRANES, INC., INTERNATIONAL LONGSHOREMEN'S
ASSOCIATION, LOCAL #1329, JOHN LOPES, In His
Capacity as President of Local #1329, HORACE CASTLE,
In His Capacity as Secretary-Treasurer of Local #1329 and
JOHN DOES 1- 5

**JOHN LOPES, IN HIS CAPACITY AS PRESIDENT OF LOCAL #1329, INTERNATIONAL LONGSHOREMEN'S ASSOCIATION's, MOTION TO COMPEL ANSWERS TO INTERROGATORIES**

Now comes the third-party defendant, John Lopes, in his capacity as President of Local #1329, International Longshoremen's Association, and moves that the third-party plaintiff, Salah & Pecci Leasing Company, Inc. answer interrogatories previously propounded. The moving party requests a twenty (20) day Order to enter. The moving party refers to the Memorandum of Law attached hereto and incorporated herein by reference.

JOHN LOPES, In
His Capacity as President of Local #1329,
INTERNATIONAL LONGSHOREMEN'S
ASSOCIATION,
BY THEIR ATTORNEY,

/s/ John R. Mahoney, Esq.
JOHN R. MAHONEY, ESQ. - #1940

JOHN R. MAHONEY, ESQ. - #1940
ASQUITH & MAHONEY, LLP
155 SOUTH MAIN STREET, 2nd FLOOR
PROVIDENCE, RI 02903
(401) 331-5353 – Telephone
(401) 331-7373 – Fax

CERTIFICATION

I hereby certify that on the 6th day of March, 2008 I electronically filed the within Motion to Compel Answers to Interrogatories with the United States District Court, District of Rhode Island, thereby generating an electronic copy to be sent to all attorneys of record by the court.

/s/ John R. Mahoney, Esq.
JOHN R. MAHONEY, ESQ. - #1940