UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

WILLIAM A. RUSHWORTH, SR.,
Individually and in his capacity as
Administrator of the Estate of TODD
BRIAN RUSHWORTH

VS.

SALAH & PECCI LEASING COMPANY, INC.,
SALAH & PECCI a/k/a JOHN DOE CORP. C.A. NO.: 06-369 T

VS.

METALS RECYCLING, L.L.C., MANITOWOC
CRANES, INC., INTERNATIONAL LONGSHOREMEN'S
ASSOCIATION, LOCAL #1329, JOHN LOPES, In His
Capacity as President of Local #1329, HORACE CASTLE,
In His Capacity as Secretary-Treasurer of Local #1329 and
JOHN DOES 1- 5

**MEMORANDUM OF LAW IN SUPPORT OF JOHN LOPES, IN HIS CAPACITY AS PRESIDENT OF LOCAL #1329, INTERNATIONAL LONGSHOREMEN'S ASSOCIATION's, MOTION TO COMPEL ANSWERS TO INTERROGATORIES**

This motion to compel answers to interrogatories is filed pursuant to Rule 37 of the Federal Rules of Civil Procedure and the local rules of the United States District Court for the District of Rhode Island. The third-party plaintiff, Salah & Pecci Leasing Company, Inc. has filed a Third-Party Complaint in this wrongful death action seeking contribution and indemnification payments from the moving party as it pertains to a construction related death sustained by the plaintiff's decedent on or about .

On July 17, 2007 the moving party propounded interrogatories to the third-party plaintiff. The third-party plaintiff has failed to answer the interrogatories. The Union requests a twenty (20) day Order to enter.

JOHN LOPES, In
His Capacity as President of Local #1329,
INTERNATIONAL LONGSHOREMEN'S
ASSOCIATION,
BY THEIR ATTORNEY,

/s/ John R. Mahoney, Esq.
JOHN R. MAHONEY, ESQ. - #1940
ASQUITH & MAHONEY, LLP
155 SOUTH MAIN STREET, 2nd FLOOR
PROVIDENCE, RI 02903
(401) 331-5353 – Telephone
(401) 331-7373 – Fax

CERTIFICATION

I hereby certify that on the 6th day of March, 2008 I electronically filed the within Memorandum in Support of a Motion to Compel Answers to Interrogatories with the United States District Court, District of Rhode Island, thereby generating an electronic copy to be sent to all attorneys of record by the court.

/s/ John R. Mahoney, Esq.
JOHN R. MAHONEY, ESQ. - #1940