UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WILLIAM A. RUSHWORTH, SR., et al.,<br><br>Plaintiff,<br><br>vs.<br><br>MANITOWOC ENGINEERING CO.<br>THE MANITOWOC COMPANY, INC.<br><br>Defendant. | C.A. No. 06-364T |
| WILLIAM A. RUSHWORTH, SR., et al.,<br><br>Plaintiff,<br><br>vs.<br><br>SALAH & PECCI LEASING COMPANY, INC.,<br><br>Defendant and<br>Third-Party Plaintiff,<br><br>vs.<br><br>METALS RECYCLING, LLC, et al.<br><br>Third-Party Defendants | C.A. No. 06-369T |

**STIPULATION REGARDING MOTION TO COMPEL OF THIRD-PARTY PLAINTIFF JOHN LOPES**

Defendant Salah & Pecci Leasing Company, Inc. ("S&PL") and third–party defendant John Lopes in his capacity as President of Local # 1329, International Longshoremen's Association (the "Union"), hereby agree that the Union's motion to compel, dated March 6, 2008 [Dkt. Entry # 46], may be granted. S&PL shall serve its answers to the Union's interrogatories on or before April 30, 2008.

/s/ Michael J. Daly
Brooks R. Magratten, Esq., #3583
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Defendant
Salah & Pecci Leasing Co.
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [FAX]
bmagratten@vetterandwhite.com
mdaly@vetterandwhite.com

/s/ John R. Mahoney
John R. Mahoney, Esq., #1940
Asquith & Mahoney, LLP
Attorneys for Third Party Defendant
International Longshoremen's Association
155 South Main Street
Providence, RI 02903
(401) 272-3500
(401) 273-8780 [FAX]
jackmahoney@amlawllp.com

Jeffrey S. Follett (admitted *pro hac vice*)
Howard P. Goldberg (admitted *pro hac vice*)
Foley Hoag LLP
Attorneys for Defendant
Salah & Pecci Leasing Co.
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Date: March 24, 2008

# CERTIFICATION

Carol A. Zangari, Esq.
The Wilcox Building
42 Weybosset Street, Suite 402
Providence, RI 02903

Robert J. Quigley, Jr., Esq.
95 Chestnut Street
Providence, RI 02903

Mark Dolan, Esq.
Rice, Dolan & Kershaw
170 Westminster Street
Providence, RI 02903

John F. Kelleher, Esq.
123 Dyer Street
Providence, RI 02903

John R. Mahoney, Esq.
155 South Main Street
Providence, RI 02903

Beth A. Oldmixon, Esq.
Higgins, Cavanagh & Cooney
123 Dyer Street
Providence, RI 02903

I certify that I electronically filed this stipulation on March 24, 2008 and that it is available for viewing and downloading from the Court's Electronic Case Filing System. Service on the above identified attorneys of record has been effectuated by electronic means.

/s/ Michael J. Daly
Michael J. Daly