**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| WILLIAM A. RUSHWORTH, SR., et al.,<br><br>Plaintiff,<br><br>vs.<br><br>MANITOWOC ENGINEERING CO.<br>THE MANITOWOC COMPANY, INC.<br><br>Defendant. | C.A. No. 06-364T |
| WILLIAM A. RUSHWORTH, SR., et al.,<br><br>Plaintiff,<br><br>vs.<br><br>SALAH & PECCI LEASING COMPANY, INC.,<br><br>Defendant and<br>Third-Party Plaintiff,<br><br>vs.<br><br>METALS RECYCLING, LLC, et al.<br><br>Third-Party Defendants | C.A. No. 06-369T |

**DEFENDANT SALAH & PECCI LEASING COMPANY, INC'S**
**MOTION TO EXTEND TIME TO DISCLOSE EXPERTS**

Defendant Salah & Pecci Leasing Company, Inc. ("SPL") moves pursuant to Fed. R. Civ. P. 6(b) to extend the time in which to disclose its experts. Pursuant to L.R. Cv 7, SPL does not file a supporting memorandum of law, but respectfully represents as follows:

1) Pursuant to the Scheduling Order issued on March 26, 2007, Plaintiff William A. Rushworth, Sr.'s ("Plaintiff") expert disclosures were due on February 28, 2008, and copies of any expert witnesses' reports were to be served on or before that date;

2) Pursuant to the Scheduling Order issued on March 26, 2007, SPL's expert disclosures are currently due on March 28, 2008, and copies of any expert witnesses' reports are to be served on or before that date;

3) Because Plaintiff has neither disclosed the identity of any expert witnesses nor served copies of any expert reports, SPL is unable to determine which experts it intends to rely on at trial.

For the reasons set forth herein, SPL respectfully requests that the deadline for disclosure of SPL's expert witnesses be extended until thirty (30) days following Plaintiff's disclosure of expert witnesses and service of expert witness reports.

Respectfully Submitted,
Salah & Pecci Leasing Company, Inc.
By their Attorneys

/s/ Michael J. Daly
Brooks R. Magratten, # 3583
Michael J. Daly, # 6729
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 (fax)
bmagratten@vetterandwhite.com
mdaly@vetterandwhite.com

Jeffrey S. Follett (admitted *pro hac vice*)
Howard P. Goldberg (admitted *pro hac vice*)
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

(617) 832-7000 (fax)
jsf@foleyhoag.com
hgoldber@foleyhoag.com

Date: March 25, 2008

## CERTIFICATION

Carol A. Zangari, Esq.
The Wilcox Building
42 Weybosset Street, Suite 402
Providence, RI 02903

John R. Mahoney, Esq.
155 South Main Street
Providence, RI 02903

Beth A. Oldmixon, Esq.
Robert J. Quigley, Jr., Esq.
95 Chestnut Street
Providence, RI 02903

Higgins, Cavanagh & Cooney
123 Dyer Street
Providence, RI 02903

Mark Dolan, Esq.
Rice, Dolan & Kershaw
170 Westminster Street
Providence, RI 02903

John F. Kelleher, Esq.
123 Dyer Street
Providence, RI 02903

I certify that I electronically filed this motion on March 25, 2008, and that it is available for viewing and downloading from the Court's Electronic Case Filing System. Service on the above identified attorneys of record has been effectuated by electronic means.

/s/ Michael J. Daly
Michael J. Daly