*MPD:fm/motions/06-332*

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

WILLIAM RUSHWORTH, SR., ET AL

VS C.A. NO. 06-0364 T

MANITOWOC ENGINEERING CO.,
THE MANITOWOC COMPANY, INC.

------------------------------------------------------------------------------------------------------------

WILLIAM RUSHWORTH, SR., ET AL

VS C.A. NO. 06-369 T

SALAH & PECCI LEASING COMPANY

VS

METALS RECYCLING, LLC, ET AL

**THIRD-PARTY DEFENDANT METALS RECYCLING, LLC'S MOTION TO EXTEND TIME TO DISCLOSE EXPERTS**

Third-party defendant Metals Recycling, LLC ("Metals") moves pursuant to Fed. R. Civ. P. 6(b) to extend the time in which to disclose its experts. Pursuant to L.R. Cv 7, Metals does not file a supporting memorandum of law, but respectfully represents as follows:

(1) Pursuant to the Scheduling Order issued on March 26, 2007, Plaintiff William A. Rushworth, Sr.'s ("plaintiff") expert disclosures were due on February 28, 2008, and copies of any expert witnesses' reports were to be served on or before that date;

(2) Pursuant to the Scheduling Order issued on March 26, 2007, defendant Salah & Pecci Leasing Company, Inc.'s ("SPL") expert disclosures were due on March 28, 2008, and copies of any expert witnesses' reports were to be served on or before that date;

(3) Pursuant to the Scheduling Order issued on March 26, 2007, Metals' expert disclosures are currently due on April 28, 2008, and copies of any expert witnesses' reports are to be served on or before that date;

(4) Because Plaintiff has neither disclosed the identify of any expert witnesses nor served copies of any expert reports, defendant SPL has requested additional time to disclose experts (see Document No. 49).

(5) Since both plaintiff and defendant SPL have not disclosed any expert witnesses to date, Metals is unable to determine which experts it intends to rely on at trial.

For the reasons set forth herein, Metals respectfully requests that the deadline for disclosure of Metals' expert witnesses be extended until thirty (30) days following defendant SPL's disclosure of expert witnesses and service of expert witness reports.

/s/ Mark P. Dolan

Mark P. Dolan, Esq. #3280
Rice Dolan & Kershaw
Attorneys for Third-party Defendant
Metals Recycling, LLC
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800 Phone
(401) 421-7218 Fax

CERTIFICATION

TO: Michael J. Daly, Esq., Vetter & White, 20 Washington Place, Providence, RI 02903
Carol A. Zangari, Esq., The Wilcox Building, 42 Weybosset Street, Suite 402, Providence, RI 02903
Robert J. Quigley, Esq., McKenney, Quigley, Izzo & Clarkin, LLP, 95 Chestnut Street, 6th Floor, Providence, RI 02903
John Kelleher, Esq., Higgins Cavanagh & Cooney, 123 Dyer Street, Providence, RI 02903
Jeffrey Follett, Esq., Foley Hoag, 155 Seaport Blvd., Boston, MA 02210-2600
John Mahoney, Esq., 155 South Main Street, Providence, RI 02903

DATED: April 1, 2008 /s/ Mark P. Dolan