UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM A. RUSHWORTH, SR., Individually and in his capacity as Administrator of the Estate of TODD BRIAN RUSHWORTH | : | |
| VS. | : | C.A. NO. 06-0364T |
| MANITOWOC ENGINEERING CO., THE MANITOWOC COMPANY, INC. | : | |
| WILLIAM A. RUSHWORTH, SR., Individually and in his capacity as Administrator of the Estate of TODD BRIAN RUSHWORTH<br>Plaintiff | : | |
| VS. | : | C.A. NO. 06-0369T |
| SALAH & PECCI LEASING COMPANY, INC., SALAH & PECCI, a/k/a JOHN DOE CORP.<br>Defendant | : | |
| VS. | : | |
| METALS RECYCLING, LLC, MANITOWOC CRANES, INC. INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, LOCAL #1329 JOHN LOPES, in his capacity as President Of Local #1329; HORACE CASTLE, in his Capacity as Secretary-Treasurer of Local #1329; and JOHN DOES 1-5<br>Third-Party Defendants | : | |

**MANITOWOC CRANES, INC.'S MOTION TO EXTEND TIME TO DISCLOSE EXPERTS**

Manitowoc Cranes, Inc. ("Manitowoc") moves pursuant to Fed. R. Civ. P. 6(b) to extend the time in which to disclose its experts. Pursuant to L.R. Cv 7, Manitowoc does not file a supporting memorandum of law, but respectfully represents as follows:

1. Pursuant to the Scheduling Order issued on March 26, 2007, Plaintiff William A. Rushworth, Sr.'s ("plaintiff") expert disclosures were due on February 28, 2008, and copies of any expert witnesses' reports were to be served on or before that date;

2. Pursuant to the Scheduling Order issued on March 26, 2007, Manitowoc's expert disclosures are currently due on March 28, 2008, and copies of any expert witnesses' reports are to be served on or before that date[1];

3. Because Plaintiff has neither disclosed the identity of any expert witnesses nor served copies of any expert reports, defendant, Salah & Pecci Leasing Company, Inc. has requested additional time to disclose experts (see Document No. 49);

4. Because Plaintiff has neither disclosed the identity of any expert witnesses nor served copies of any expert reports, third-party defendant, Metals Recycling, LLC has requested additional time to disclose experts (see Document No. 51);

5. Manitowoc has simultaneously filed a motion to preclude plaintiff from relying on any late disclosed experts;

6. Since plaintiff and co-third party defendants have not disclosed any expert witnesses to date, Manitowoc is unable to determine which experts it intends to rely on at trial;

For the reasons set forth herein, Manitowoc respectfully requests that the deadline for disclosure of Manitowoc's expert witnesses be extended until thirty (30) days following defendant, Salah & Pecci Leasing Company, Inc.'s disclosure of expert witnesses and service of expert witness reports.

---

[1] Manitowoc is a defendant in C.A. No. 06-364T and a third-party defendant in C.A. No. 06-369T. The Scheduling Order requires defendants to disclose experts by March 28, 2008 and third party defendants to disclose experts by April 28, 2008.

Defendant
By Their Attorneys,
HIGGINS, CAVANAGH & COONEY,LLP
/s/ Beth A. Oldmixon
Beth A. Oldmixon, Esq., #7211
123 Dyer Street
Providence, RI 02903-3987
Telephone: 401-272-3500
Facsimile: 401-273-8780
E-Mail: boldmixon@hcc-law.com

**CERTIFICATION**

I, Beth A. Oldmixon, hereby certify that the within document was electronically filed on April 1, 2008. I further certify that a true copy of the within was sent by electronic means (ECF) to the following counsel of record: Howard Goldberg at hgoldberg@foleyhoag.com; Michael J. Daly at mdaly@vetterandwhite.com; Mark P. Dolan, Esq. at ricedolan@ricedolan.com; James D'Ambra, Esq. at ricedolan@ricedolan.com; Jeffrey S. Follett, Esq at jfollett@foleyhoag.com; Brooks R. Magratten, Esq at bmagratten@vetterandwhite.com; John R. Mahoney, Esq., at jackmahoney@amlawllp.com, lsoucy@amlawllp.com and at johnmahoney@amlawllp.com; Robert J. Quigley, Jr. at rquigley@mqiclaw.com; and Carol A. Zangari at caz@zangarilaw.com on this 1st day of April, 2008.

/s/ Beth A. Oldmixon