*MPD:fm/motions/06-332*

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

WILLIAM RUSHWORTH, SR., ET AL

VS C.A. NO. 06-0364 T

MANITOWOC ENGINEERING CO.,
THE MANITOWOC COMPANY, INC.

---

WILLIAM RUSHWORTH, SR., ET AL

VS C.A. NO. 06-369 T

SALAH & PECCI LEASING COMPANY

VS

METALS RECYCLING, LLC, ET AL

**THIRD-PARTY DEFENDANT METALS RECYCLING, LLC'S STATEMENT OF UNDISPUTED FACTS**

1. On July 14, 2003, plaintiff's decedent Todd Rushworth died as a result of injuries sustained while operating a crane owned by third-party plaintiff Salah & Pecci Leasing Company ("Salah & Pecci") at the Port of Providence.

2. At the time of the aforementioned accident the decedent Rushworth was in the employ of Metals Recycling, LLC ("Metals Recycling").

3. The crane was rented by Metals Recycling from Salah & Pecci on a monthly basis.

4. An agreement was prepared by Salah & Pecci with respect to the crane rental, a copy of which is attached hereto as Exhibit A.

5. The agreement attached as Exhibit A was signed by a representative of Metals Recycling.

6. The agreement attached as Exhibit A was never signed by any representative of Salah & Pecci.

7. In its third-party complaint, Salah & Pecci makes claim for indemnification against Metals Recycling pursuant to a language set forth in the agreement attached hereto as Exhibit A.

8. The language in Exhibit A stricken from the agreement provided as follows "~~AND FOR ANY OTHER CAUSES OF THIS EQUIPMENT~~..."

9. Payments were made on behalf of Metals Recycling to the Estate of Todd Rushworth pursuant to the Rhode Island Worker's Compensation Statute, R.I. Gen. Laws §28-29-20, et. seq.

/s/ Mark P. Dolan ____________________
Mark P. Dolan, Esq. #3280
Rice Dolan & Kershaw
Attorneys for Third-party Defendant
*Metals Recycling, LLC*
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800 Phone
(401) 421-7218 Fax

CERTIFICATION

TO: Michael J. Daly, Esq., Vetter & White, 20 Washington Place, Providence, RI 02903
Carol A. Zangari, Esq., The Wilcox Building, 42 Weybosset Street, Suite 402, Providence, RI 02903
Robert J. Quigley, Esq., McKenney, Quigley, Izzo & Clarkin, LLP, 95 Chestnut Street, 6th Floor, Providence, RI 02903
Brandon Bigelow, Esq., Bingham McCutcheon, LLP, 150 Federal Street, Boston, MA 02110
John Kelleher, Esq., Higgins Cavanagh & Cooney, 123 Dyer Street, Providence, RI 02903
Jeffrey Follett, Esq., Foley Hoag, 155 Seaport Blvd., Boston, MA 02210-2600
John Mahoney, Esq., 155 South Main Street, Providence, RI 02903

DATED: April 10, 2008 /s/ Mark P. Dolan__________________