AO 435 (Rev. 12/03)

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

*Please Read Instructions above*

FOR COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1. NAME<br>Carol A Zangari Esq | 2. PHONE NUMBER<br>(401) 831-1999 | 3. DATE<br>4/10/2008 |
| 4. MAILING ADDRESS<br>42 Weybosset St. Suite 402 | 5. CITY<br>Providence | 6. STATE<br>RI / 7. ZIP CODE<br>02903 |
| 8. CASE NUMBER<br>06-364T/06-369T | 9. JUDGE<br>Magistrate Judge Martin | DATES OF PROCEEDINGS<br>10. FROM 8/10/2007 / 11. |
| 12. CASE NAME<br>Rushworth et al. v. Manitowac Cranes Inc. et al | | LOCATION OF PROCEEDINGS<br>13. Courtroom B / 14. |

15. ORDER FOR
- [x] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | |
| [ ] SENTENCING | | Motion to Dismiss | 8/10/2007 |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [x] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

18. SIGNATURE
Carol A Zangari, Esq. Digitally signed by Carol A Zangari, Esq. DN: cn=Carol A Zangari, Esq., o=Zangari Law Offices, ou, email=caz@zangarilaw.com, c=US Date: 2008.04.10 15:54:56 -04'00'

PROCESSED BY

19. DATE
4/10/2008

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| | |
|---|---|
| DEPOSIT PAID | |
| TOTAL CHARGES | 0.00 |
| LESS DEPOSIT | 0.00 |
| TOTAL REFUNDED | |
| TOTAL DUE | 0.00 |

(Previous editions of this form may still be used)

**DISTRIBUTION:** COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY