UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WILLIAM A. RUSHWORTH, SR., Individually and in his capacity as Administrator of the Estate of TODD BRIAN RUSHWORTH,

Plaintiff,

v.

Salah & Pecci Leasing Company, Inc., SALAH & PECCI a/k/a JOHN DOE CORP.,

Defendant - Third-Party Plaintiff,

v.

METALS RECYCLING, L.L.C.; MANITOWOC CRANES, INC.; INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, LOCAL # 1329; JOHN LOPES, in his capacity as President of Local #1329; and JOHN DOES 1-5,

Third-Party Defendants.

C.A. No. 06-369 T

**AFFIDAVIT OF JEFFREY S. FOLLETT, ESQ.**

I, Jeffrey S. Follett, being first duly sworn, do hereby depose and state as follows under the pains and penalties of perjury:

1. I am a partner in the law firm of Foley Hoag LLP, 155 Seaport Boulevard, Boston, Massachusetts. I am duly licensed to practice law in the courts of the Commonwealth of Massachusetts, the District of Columbia and the State of New Hampshire. I appear *pro hac vice* in this matter.

2. I am an attorney for plaintiff Salah & Pecci Leasing Co., Inc. ("SPL") in the above-captioned matter. This Affidavit is made in opposition to Metals Recycling, L.L.C.'s ("Metals") motion for summary judgment.

3. Attached as Exhibit A is a true and accurate copy of portions of the Transcript of Rule 30(b)(6) Deposition of SPL by its Designee, Thomas C. Salah.

4. Attached as Exhibit B is a true and accurate copy of portions of the Transcript of Rule 30(b)(6) Deposition of Metals by its Designee, William Huling.

5. Attached as Exhibit C is a true and accurate copy of an Occupational Safety and Health Administration ("OSHA") report on the accident at issue in the above-captioned matter, which has been produced in discovery in this action.

Dated: April 28, 2008

/s/ Jeffrey S. Follett
Jeffrey S. Follett, Esq.