U. S. Department of Labor
Occupational Safety and Health Administration

## Investigation Summary

Mon Oct 27, 2003 12:41pm

| Reporting ID | Investigation Summary Number | OSHA-36 Number | OSHA-36 Establishment Name |
|---|---|---|---|
| 0112300 | 200090389 | 100090414 | Metals Recycling LLC |
| Event Date | 07/14/03 | Event Time | 10:50 pm |
| Type of Event | Employee was operator of a crane and it failed he was struck | | |

| | |
|---|---|
| Inspection Number/ Establishment Name | 304992894 Metals Recycling LLC |
| Injured/Deceased Name | Todd Rushworth |
| Sex: | M. Male |
| Age: | 42 |
| Injury: | A. Fatality |
| Nature: | 21 Other |
| Part of Body: | 01 Abdomen |
| Source of Injury: | 24 Hoisting apparatus |
| Event Type: | 01 Struck by |
| Environmental Factor: | 05 Flying object action |
| Human Factor: | 04 Malfunction of procedure for securing operation or warning of hazardous situation |
| Task: | A Regularly Assigned |
| Substance Code: | |
| Occupational Code | |

**Abstract:**

Employee was operating a Manitowoc M-250 Series 2 Crawler Crane He was loading a ship with scrap steel. He raised the load and was told to dump it on the out board side of the ship as he moved the load to the area it appeared he went pass the safe load radis and the crane lifted of the ground and the boom hit the ship and clasped and the crane slamed back to the ground and the counter weigh broke off and he was hit by rigging from the crain. and died from his injuries.