UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WILLIAM A. RUSHWORTH, SR., Individually and in his capacity as Administrator of the Estate of TODD BRIAN RUSHWORTH,

Plaintiff,

v.

Salah & Pecci Leasing Company, Inc., SALAH & PECCI a/k/a JOHN DOE CORP.,

Defendant - Third-Party Plaintiff,

v.

METALS RECYCLING, L.L.C.; MANITOWOC CRANES, INC.; INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, LOCAL # 1329; JOHN LOPES, in his capacity as President of Local #1329; and JOHN DOES 1-5,

Third-Party Defendants.

C.A. No. 06-369 T

**THIRD-PARTY PLAINTIFF SALAH AND PECCI LEASING COMPANY, INC.'S**
**STATEMENT OF DISPUTED FACTS**

Pursuant to United States District Court for the District of Rhode Island LR Cv 56(a)(4), third-party plaintiff Salah & Pecci Leasing Co., Inc. ("SPL") hereby sets forth disputed facts, in response to defendant Metals Recycling, L.L.C.'s ("Metals") motion for summary judgment, that preclude Metals from summary judgment.

1. After Metals proposed removing the words "for any other causes of this equipment" from SPL's standard form of agreement in 2000, SPL advised Metals by telephone that it did not understand or agree to that proposed change. Deposition of Thomas Salah, Exhibit A to Affidavit of Jeffrey S. Follett, at 245 & 259.

Dated: April 28, 2008

By /s/ Jeffrey S. Follett
/s/ Michael J. Daly

Jeffrey S. Follett, Esq.
Foley Hoag LLP
155 Seaport Blvd.
Boston, Massachusetts 02210-2600
617.832.1000

Michael J. Daly, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Attorneys for Salah & Pecci Leasing Company, Inc., Salah & Pecci a/k/a John Doe Corp.

**CERTIFICATE OF SERVICE**

I hereby certify that this THIRD-PARTY PLAINTIFF SALAH AND PECCI LEASING COMPANY, INC.'S STATEMENT OF DISPUTED FACTS was electronically filed on December April 28, 2008, and is available for viewing and downloading on the Court's Electronic Case Filing system. Service on the below counsel of record has been effectuated by electronic means.

/s/ Michael J. Daly

John Kelleher, Esq.
Higgins Cavanagh & Cooney
123 Dyer Street
Providence, RI 02903

Carol A. Zangari, Esq.
The Wilcox Building
42 Weybosset Street, Suite 402
Providence, RI 02903

Robert J. Quigley, Esq.
McKenney, Quigley, Izzo & Clarkin, LLP
95 Chestnut Street, 6th Floor
Providence, RI 02110

Brandon Bigelow, Esq.
Bingham McCutchen, LLP
150 Federal Street
Boston, MA 02110