UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WILLIAM A. RUSHWORTH, SR., et al.,<br><br>Plaintiff,<br><br>vs.<br><br>MANITOWOC ENGINEERING CO.<br>THE MANITOWOC COMPANY, INC.<br><br>Defendant. | C.A. No. 06-364T |
| WILLIAM A. RUSHWORTH, SR., et al.,<br><br>Plaintiff,<br><br>vs.<br><br>SALAH & PECCI LEASING COMPANY, INC.,<br><br>Defendant and<br>Third-Party Plaintiff,<br><br>vs.<br><br>METALS RECYCLING, LLC, et al.<br><br>Third-Party Defendants | C.A. No. 06-369T |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to LR Gen 206(e)(1) for the United States District Court for the District of Rhode Island, please withdraw the appearance of Howard P. Goldberg as counsel for Defendant and Third-Party Plaintiff Salah & Pecci Leasing Company, Inc. ("SPL") in the above-captioned matter. Mr. Goldberg was previously admitted *pro hac vice* as one of the attorneys for SPL. As of May 2, 2008, Mr. Goldberg will no longer be associated with Foley Hoag LLP and will be unable to represent SPL. SPL will continue to be represented by the undersigned counsel from

Vetter & White, Incorporated, as well as by other attorneys from Foley Hoag LLP who have been or may be admitted to the Court by *pro hac vice* application.[1]

The undersigned counsel certify that they are familiar with the case and that they are prepared to address any matters pending in the case, including trial, without delaying the case.

Respectfully Submitted,

Salah & Pecci Leasing Company, Inc.

By its attorneys,

/s/ Michael J. Daly
Brooks R. Magratten, # 3583
Michael J. Daly, # 6729
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 (fax)

/s/ Howard P. Goldberg
Jeffrey S. Follett (admitted *pro hac vice*)
Howard P. Goldberg (admitted *pro hac vice*)
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Date: April 29, 2008

[1] Attorney Jeffrey S. Follett was admitted *pro hac vice* by the Court on September 27, 2006. Attorney Nabeel Ahmad intends to move for admission *pro hac vice* in conjunction with the withdrawal of Mr. Goldberg.

**Certificate of Service**

I hereby certify that I electronically filed this Notice of Withdrawal of Appearance on April 29, 2008, and that this notice is available for viewing and downloading from the Court's Electronic Case Filing System. Service on all counsel of record has been effectuated by electronic means.

I further certify that, pursuant to LR Gen. 206(e), this notice has been delivered by electronic means to the client, Salah & Pecci Leasing Co., Inc.

/s/ Michael J. Daly