*MPD:fm/motions/06-332*

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

WILLIAM RUSHWORTH, SR., ET AL

VS C.A. NO. 06-0364 T

MANITOWOC ENGINEERING CO.,
THE MANITOWOC COMPANY, INC.

---

WILLIAM RUSHWORTH, SR., ET AL

VS C.A. NO. 06-369 T

SALAH & PECCI LEASING COMPANY

VS

METALS RECYCLING, LLC, ET AL

**THIRD-PARTY DEFENDANT METALS RECYCLING, LLC'S OBJECTION TO DEFENDANT/THIRD-PARTY PLAINTIFF SALAH & PECCI LEASING COMPANY, INC.'S MOTION TO STRIKE AND PROVISIONAL MOTION FOR EXTENSION OF TIME**

Third-party defendant Metals Recycling, LLC ("Metals Recycling") hereby objects to defendant/third-party plaintiff Salah & Pecci Leasing Company, Inc.'s ("Salah & Pecci") motion to strike. Metals Recycling has no objection to Salah & Pecci filing a sur-reply memorandum. In the alternative, Metals Recycling moves for an extension of time to file its previously submitted reply memorandum.

In support of its objection and provisional motion, Metals Recycling submits the attached memorandum.

/s/ Mark P. Dolan ____________________
Mark P. Dolan, Esq. #3280
Rice Dolan & Kershaw
Attorneys for Third-party Defendant
Metals Recycling, LLC
72 Pine Street, Suite 300
Providence, RI 02903
(401) 272-8800 Phone
(401) 421-7218 Fax

CERTIFICATION

TO: Michael J. Daly, Esq., Vetter & White, 20 Washington Place, Providence, RI 02903
Carol A. Zangari, Esq., The Wilcox Building, 42 Weybosset Street, Suite 402, Providence, RI 02903
Robert J. Quigley, Esq., McKenney, Quigley, Izzo & Clarkin, LLP, 95 Chestnut Street, 6th Floor, Providence, RI 02903
Brandon Bigelow, Esq., Bingham McCutcheon, LLP, 150 Federal Street, Boston, MA 02110
John Kelleher, Esq., Higgins Cavanagh & Cooney, 123 Dyer Street, Providence, RI 02903
Jeffrey Follett, Esq., Foley Hoag, 155 Seaport Blvd., Boston, MA 02210-2600
John Mahoney, Esq., 155 South Main Street, Providence, RI 02903

DATED: June 12, 2008 /s/ Mark P. Dolan __________________

*MPD:fm/motions/06-332*

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

WILLIAM RUSHWORTH, SR., ET AL

VS C.A. NO. 06-0364 T

MANITOWOC ENGINEERING CO.,
THE MANITOWOC COMPANY, INC.

---

WILLIAM RUSHWORTH, SR., ET AL

VS C.A. NO. 06-369 T

SALAH & PECCI LEASING COMPANY

VS

METALS RECYCLING, LLC, ET AL

**MEMORANDUM IN SUPPORT OF THIRD-PARTY DEFENDANT METALS RECYCLING, LLC'S OBJECTION TO DEFENDANT/THIRD-PARTY PLAINTIFF SALAH & PECCI LEASING COMPANY, INC.'S MOTION TO STRIKE AND PROVISIONAL MOTION FOR EXTENSION OF TIME**

Defendant/third-party plaintiff Salah & Pecci Leasing Company, Inc. ("Salah & Pecci") has recently moved to strike a five-page reply memorandum previously filed by third-party defendant Metals Recycling, LLC ("Metals Recycling").

The memorandum originally filed by Salah & Pecci in opposition to Metals Recycling's motion for summary judgment referenced deposition testimony not in existence at the time of the filing of the motion for summary judgment. As a result, a reply memorandum was and is necessary.

A hearing date on the motion has yet to be assigned. There is no prejudice to Salah & Pecci as a result of the filing of the reply memorandum, and Metals Recycling has no objection to a sur-reply memorandum.

In the alternative, Metals Recycling moves for an extension of time to file the reply memorandum.

For all these reasons, Metals Recycling respectfully requests that Salah & Pecci's motion to strike now be denied and/or its provisional motion for leave to file a reply memorandum be granted.

/s/ Mark P. Dolan
Mark P. Dolan, Esq. #3280
Rice Dolan & Kershaw
Attorneys for Third-party Defendant
Metals Recycling, LLC
72 Pine Street, Suite 300
Providence, RI 02903
(401) 272-8800 Phone
(401) 421-7218 Fax

CERTIFICATION

TO: Michael J. Daly, Esq., Vetter & White, 20 Washington Place, Providence, RI 02903
Carol A. Zangari, Esq., The Wilcox Building, 42 Weybosset Street, Suite 402, Providence, RI 02903
Robert J. Quigley, Esq., McKenney, Quigley, Izzo & Clarkin, LLP, 95 Chestnut Street, 6th Floor, Providence, RI 02903
Brandon Bigelow, Esq., Bingham McCutcheon, LLP, 150 Federal Street, Boston, MA 02110
John Kelleher, Esq., Higgins Cavanagh & Cooney, 123 Dyer Street, Providence, RI 02903
Jeffrey Follett, Esq., Foley Hoag, 155 Seaport Blvd., Boston, MA 02210-2600
John Mahoney, Esq., 155 South Main Street, Providence, RI 02903

DATED: June 12, 2008 /s/ Mark P. Dolan