**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| WILLIAM A. RUSHWORTH, SR., Individually and in his capacity as Administrator of the Estate of TODD BRIAN RUSHWORTH, | : | |
| Plaintiff, | : | Case No. 06-369T |
| v. | : | |
| Salah & Pecci Leasing Company, Inc., SALAH & PECCI a/k/a JOHN DOE CORP. | : | |
| Defendant and. Third-Party Plaintff, | : | |
| v. | : | |
| METALS RECYCLING, L.L.C.; MANITOWAC CRANES, INC.; INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, LOCAL #1329; JOHN LOPES, in his capacity as President of Local #1329; HORACE CASTLE, in his capacity as Secretary-Treasurer of Local #13291 and JOHN DOES 1-5, | : | |
| Third-Party Defendants. | : | |

**ORDER VACATING PRIOR ORDER AND GRANTING DEFENDANT/THIRD-PARTY PLAINTIFF'S MOTION TO STRIKE**

This Court's June 17, 2008 text order granting (document #70) third-party defendant Metals Recycling LLC's Opposition to Motion and Provisional Motion for Extension of Time to File its Previously submitted Reply Memo is vacated. Defendant/third-

party plaintiff Salah & Pecci Leasing Company, Inc.'s Motion to Strike Metals Recycling's June 3, 2008 Response in Support of Motion for Summary Judgment (document #69) is granted. Salah & Pecci's Provisional Motion to File a Sur-Reply is passed as moot.

IT IS SO ORDERED:

Ernest C. Torres

Ernest C. Torres
Senior District Judge
Date: 6/15/08