UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WILLIAM A. RUSHWORTH, SR., Individually and in his capacity as Administrator of the Estate of TODD BRIAN RUSHWORTH,<br><br>Plaintiff,<br><br>v.<br><br>Salah & Pecci Leasing Company, Inc., SALAH & PECCI a/k/a JOHN DOE CORP.,<br><br>Defendant - Third-Party Plaintiff,<br><br>v.<br><br>METALS RECYCLING, L.L.C.; et al.,<br><br>Third-Party Defendants. | C.A. No. 06-369 T |

**THIRD-PARTY PLAINTIFF SALAH & PECCI LEASING COMPANY, INC.'S**
**MOTION TO FILE A SUPPLEMENTAL MEMORANDUM**

Third-Party Plaintiff, Salah & Pecci Leasing Company, Inc. ("SPL"), moves pursuant to LR Cv 7(b)(3) to file a supplemental, three (3) page, memorandum in opposition to third-party defendant Metals Recycling, LLC's ("Metals") motion for summary judgment. The purpose of the supplemental memorandum would be to address the issue of whether a third-party plaintiff's ability to prosecute an indemnification claim is dependent upon the allegations made in a first-party plaintiff's complaint. Plaintiff submits herewith a supporting memorandum of law.

Respectfully submitted,
**SALAH & PECCI LEASING CO., INC.**

By its counsel,

/s/ Michael J. Daly
Brooks R. Magratten, # 3583
Michael J. Daly, # 6729
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903
bmagratten@vetterandwhite.com
mdaly@vetterandwhite.com
(401) 421-3060
(401) 272-6803 (fax)

Jeffrey S. Follet (*pro hac vice*)
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000
(617) 832-7000 (fax)

Dated: July 17, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WILLIAM A. RUSHWORTH, SR., Individually and in his capacity as Administrator of the Estate of TODD BRIAN RUSHWORTH,<br><br>Plaintiff,<br><br>v.<br><br>Salah & Pecci Leasing Company, Inc., SALAH & PECCI a/k/a JOHN DOE CORP.,<br><br>Defendant - Third-Party Plaintiff,<br><br>v.<br><br>METALS RECYCLING, L.L.C.; et al.,<br><br>Third-Party Defendants. | C.A. No. 06-369 T |

**THIRD-PARTY PLAINTIFF SALAH & PECCI LEASING COMPANY, INC.'S MEMORANDUM IN SUPPORT OF MOTION TO FILE A SUPPLEMENTAL MEMORANDUM**

Third-Party Plaintiff, Salah & Pecci Leasing Company, Inc. ("SPL"), moves pursuant to LR Cv 7(b)(3) to file a supplemental, three (3) page, memorandum in opposition to third-party defendant Metals Recycling, LLC's ("Metals") motion for summary judgment. The purpose of the supplemental memorandum would be to address the issue of whether a third-party plaintiff's ability to prosecute an indemnification claim is dependent upon the allegations made in a first-party plaintiff's complaint.

At the July 16, 2008 hearing on Metals' motion for summary judgment, this Court raised the question of whether SPL's indemnification claim against Metals is dependent upon whether William Rushworth, Sr.'s complaint includes an explicit allegation to the

effect that Metals was negligent. Metals did not brief or argue this issue and, as such, SPL did not address it in its previously filed written submissions. To respond further to this Court's inquiry, SPL seeks leave to submit a supplemental memorandum, primarily discussing the case of *Atella v. General Electric*, 21 F.R.D. 372 (D.RI 1957), wherein the Court allowed a third-party claim for indemnification to proceed because -- although the plaintiff alleged that the defendant was solely responsible for the accident in question -- defendant was entitled at trial to prove a certain state of facts entitling it to indemnification and because the objective of Federal Rule of Civil Procedure 14 "is to avoid circuity of action and to permit a disposition in the main action of the defendant's claim for indemnity against such third party."

For the reasons set forth herein, SPL respectfully requests permission to submit a supplemental memorandum to address the issue that was raised for the first time by the Court at the hearing on Metals' motion for summary judgment.

Respectfully submitted,

/s/ Michael J. Daly
Brooks R. Magratten, # 3583
Michael J. Daly, # 6729
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903
bmagratten@vetterandwhite.com
mdaly@vetterandwhite.com
(401) 421-3060
(401) 272-6803 (fax)

Dated: July 17, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that this motion and memorandum were electronically filed on July 17, 2008, and that both documents are available for viewing and downloading on the Court's Electronic Case Filing system. Service on the below listed counsel of record has been effectuated by electronic means:

Carol Zangari (for Plaintiff)
John Kelleher (for Manitowoc Cranes, Inc.)
Mark Dolan (for Metals Recycling, LLC)
Robert Quigley (for Metals Recycling, LLC)
John Mahoney (for John Lopes)

/s/ Michael J. Daly