*MPD:fm/motions/06-332*

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

WILLIAM RUSHWORTH, SR., ET AL

VS C.A. NO. 06-0364 T

MANITOWOC ENGINEERING CO.,
THE MANITOWOC COMPANY, INC.

---

WILLIAM RUSHWORTH, SR., ET AL

VS C.A. NO. 06-369 T

SALAH & PECCI LEASING COMPANY

VS

METALS RECYCLING, LLC, ET AL

**THIRD-PARTY DEFENDANT METALS RECYCLING, LLC'S OBJECTION TO DEFENDANT/THIRD-PARTY PLAINTIFF SALAH & PECCI LEASING COMPANY'S MOTION TO FILE A SUPPLEMENTAL MEMORANDUM**

Third-party defendant Metals Recycling, LLC hereby objects to defendant/third-party plaintiff Salah & Pecci Leasing Company's motion to file a supplemental memorandum. Third-party defendant Metals Recycling, LLC relies on the attached memorandum of law.

/s/ James S. D'Ambra
James S. D'Ambra, Esq. #5064
Rice Dolan & Kershaw
Attorneys for Third-party Defendant
Metals Recycling, LLC
72 Pine Street, Suite 300
Providence, RI 02903
(401) 272-8800 Phone
(401) 421-7218 Fax

CERTIFICATION

TO: Michael J. Daly, Esq., Vetter & White, 20 Washington Place, Providence, RI 02903
Carol A. Zangari, Esq., The Wilcox Building, 42 Weybosset Street, Suite 402, Providence, RI 02903
Robert J. Quigley, Esq., McKenney, Quigley, Izzo & Clarkin, LLP, 95 Chestnut Street, 6th Floor, Providence, RI 02903
Brandon Bigelow, Esq., Bingham McCutcheon, LLP, 150 Federal Street, Boston, MA 02110
John Kelleher, Esq., Higgins Cavanagh & Cooney, 123 Dyer Street, Providence, RI 02903
Jeffrey Follett, Esq., Foley Hoag, 155 Seaport Blvd., Boston, MA 02210-2600
John Mahoney, Esq., 155 South Main Street, Providence, RI 02903

DATED: July 21, 2008 /s/ James S. D'Ambra_______

*MPD:fm/motions/06-332*

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

WILLIAM RUSHWORTH, SR., ET AL

VS C.A. NO. 06-0364 T

MANITOWOC ENGINEERING CO.,
THE MANITOWOC COMPANY, INC.

---------------------------------------------------------------------------------------------------------

WILLIAM RUSHWORTH, SR., ET AL

VS C.A. NO. 06-369 T

SALAH & PECCI LEASING COMPANY

VS

METALS RECYCLING, LLC, ET AL

**THIRD-PARTY DEFENDANT METALS RECYCLING, LLC'S MEMORANDUM IN SUPPORT OF ITS OBJECTION TO DEFENDANT/THIRD-PARTY PLAINTIFF SALAH & PECCI LEASING COMPANY'S MOTION TO FILE A SUPPLEMENTAL MEMORANDUM**

Third-party plaintiff Salah & Pecci Leasing Company ("SPL") moves to file a supplemental memorandum in opposition to Metals Recycling, LLC's ("Metals") motion for summary judgment. SPL claims the purpose of its supplemental memorandum is to address the issues raised by this Court during oral argument at the hearing relating to Metals' motion for summary judgment. Metals avers that there is no need for a supplemental memorandum in that the questions posed by the Court were adequately addressed by the parties during argument.

To the extent this Court was to grant SPL's motion, Metals would like the opportunity to provide a response to SPL's supplemental memorandum of law.

For the above reasons, SPL's request to file a supplemental memorandum of law should be denied.

/s/ James S. D'Ambra
James S. D'Ambra, Esq. #5064
Rice Dolan & Kershaw
Attorneys for Third-party Defendant
Metals Recycling, LLC
72 Pine Street, Suite 300
Providence, RI 02903
(401) 272-8800 Phone
(401) 421-7218 Fax

CERTIFICATION

TO: Michael J. Daly, Esq., Vetter & White, 20 Washington Place, Providence, RI 02903
Carol A. Zangari, Esq., The Wilcox Building, 42 Weybosset Street, Suite 402, Providence, RI 02903
Robert J. Quigley, Esq., McKenney, Quigley, Izzo & Clarkin, LLP, 95 Chestnut Street, 6th Floor, Providence, RI 02903
Brandon Bigelow, Esq., Bingham McCutcheon, LLP, 150 Federal Street, Boston, MA 02110
John Kelleher, Esq., Higgins Cavanagh & Cooney, 123 Dyer Street, Providence, RI 02903
Jeffrey Follett, Esq., Foley Hoag, 155 Seaport Blvd., Boston, MA 02210-2600
John Mahoney, Esq., 155 South Main Street, Providence, RI 02903

DATED: July 21, 2008 /s/ James S. D'Ambra